UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------x
UNITED STATES OF AMERICA,

vs.                          08-CR-21

TODD J. BROXMEYER,

                    Defendant.
-------------------------------------------x

VOLUME III


TRANSCRIPT OF JURY TRIAL

held in and for the United States District Court,

Northern District of New York, at the Federal Building,

15 Henry Street, Binghamton, New York, on Monday,

September 17, 2008, before the HONORABLE THOMAS J. McAVOY,

Senior United States District Court Judge, PRESIDING.


A P P E A R A N C E S

FOR THE GOVERNMENT: OFFICE OF THE UNITED STATES ATTORNEY
                    Northern District of New York
                    15 Henry Street
                    Binghamton, New York 13901
                      BY:  MIROSLAV LOVRIC, AUSA

FOR DEFENDANT:      PATRICK J. KILKER
                    Attorney at Law
                    231-241 Main Street
                    Vestal, New York 13850


VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT

1                    (Jury present).

2                    THE COURT:  Morning, ladies and gentlemen.  As

3     I understand it, the government has a final witness for us

4     this morning and we're going to go from there.  Mr. Lovric,

5     you want to call your witness, please?

6                    MR. LOVRIC:  Yes, Judge.  Call Mark Denton.

7                    THE COURT:  Okay.

8                    THE CLERK:  Sir, please state your full name

9     for the record.

10                   THE WITNESS:  Mark Denton, D-E-N-T-O-N.

11    MARK DENTON, having been called as a witness, being duly

12    sworn, testified as follows:

13                   THE COURT:  Okay.  Mr. Lovric.

14    DIRECT EXAMINATION

15    BY MR. LOVRIC:

16        Q    Good morning, Mr. Denton.

17        A    Morning.

18        Q    You have to speak up.  Okay.  Mr. Denton, please

19    tell the members of the jury again your full name and tell us

20    where you work.

21        A    My name is Mark Denton and I'm a supervisor for the

22    Law Enforcement Resource Team of Verizon Wireless.

23        Q    And Mr. Denton, in your capacity with Verizon

24    Wireless, do you from time to time assist law enforcement

25    with either subpoenas or court orders or search warrants,

Mark Denton - Direct

1   things of that nature?

2       A    Yes, sir.

3       Q    And about how long have you been with Verizon

4   Wireless?

5       A    I've been with Verizon Wireless and my current

6   department for the last six.

7       Q    And Mr. Denton, in connection with a matter dealing

8   with a Todd Broxmeyer, did Verizon Wireless at some point

9   receive from law enforcement in this area a court order and a

10  search warrant to have Verizon Wireless provide certain

11  documents and information?

12      A    Yes.

13      Q    Now, prior to coming to court today, did you have

14  the opportunity to look through what I'll refer to as Exhibit

15  1 that's already in evidence that contains a subscriber

16  information document and then a number of photographs and

17  data related to those photographs?

18      A    Yes, I did.

19      Q    And all of those materials in Exhibit 1, were they,

20  in fact, provided by you on behalf of Verizon Wireless in

21  connection with a law enforcement search warrant and court

22  order?

23      A    Yes, they were.

24      Q    Now, Mr. Denton, I'd like to briefly just ask if

25  you could just explain to the members of the jury what a

1  Verizon Wireless Pix account is?

2      A    What a Pix -- we call it Pix Place.  It's an

3  on-line photo album where you can upload your pictures either

4  off your phone or off a home computer or separate computer so

5  you have them all in one place.

6      Q    Okay.  And is it a fair statement that it's

7  somewhat akin to an electronic photo album where someone can

8  put all those photos or videos that they want to store and

9  save?

10      A    Yes, it is.

11      Q    Now, in connection with the Exhibit 1 items that

12  you reviewed, did the subscriber listed, Todd Broxmeyer, in

13  the number that's contained in that document, did he in fact

14  have a Pix account at Verizon Wireless?

15      A    Yes, that phone number did have a Pix account.

16      Q    And pursuant to the court order, were all of those

17  photographs that are in Exhibit 1 actually retrieved by

18  Verizon Wireless from the Todd Broxmeyer Pix account?

19      A    Yes, they were.

20      Q    And in examining all of those photographs and the

21  Verizon documentation, were you able to determine from what

22  place those photos came from when they were saved to that Pix

23  account?

24      A    Yes.  All of the photos that were saved in his Pix

25  Place account actually came from the -- his handset, the

Mark Denton - Direct

1  piece of equipment, the camera phone.

2      Q    Okay.  The cellphone that was assigned to Todd

3  Broxmeyer?

4      A    Yes.

5      Q    And in connection with the Pix account of Todd

6  Broxmeyer, in order to access that Pix account, does the

7  subscriber have to have a password?

8      A    Yes, there is a password.

9      Q    And how is that typically assigned or how is that

10 password obtained?

11     A    Whoever opens the Pix Place account or sets it up

12 will, they'll make up their own password.

13     Q    Okay.  So the subscriber does that when they first

14 get their Pix account?

15     A    Yes.

16     Q    And once the subscriber, in this case Todd

17 Broxmeyer, had this Pix account and saved these photos into

18 it, is he then able to view them and access them at will?

19     A    Yes.  He can either access them straight from his

20 handset or he can actually go to a separate computer.

21     Q    Okay.  So he can access and view them from both the

22 cellphone and the computer?

23     A    Yes.

24     Q    Now, the photos that are saved in the Pix account,

25 can those photos also at some point be kept by the subscriber

Mark Denton - Direct                                265

1   on his or her actual telephone as well?

2        A    Yes.

3        Q    Okay.  Now, what happens if the subscriber keeps

4   them on his phone, just on his handset, do they still remain

5   in the Pix account?

6        A    Yeah.  There's only a certain amount of memory on a

7   phone, that's why I believe Pix Place was created, so you can

8   download your pictures, keep them all in one place for as

9   long as you have the account.

10       Q    And just again so I'm clear, Exhibit 1, all the

11   photos came from that subscriber, Todd Broxmeyer's, telephone

12   and saved into the Pix account?

13       A    Yes.

14       Q    Mr. Denton, I'm just going to show you Exhibit 5.

15   It's a Verizon Wireless cellphone.  If you just take a look

16   at that.  Is that one of the types or many phones that

17   Verizon Wireless offers to their customers?

18       A    Yes, it is.

19       Q    And does that phone have camera and video

20   capability?

21       A    Yes, it does.

22       Q    Can you just holding the phone up just point to

23   show the jury where on the phone the camera lens is located?

24       A    If you look right in the center of the upper part

25   of the phone, it's actually the camera lens and --

Mark Denton - Direct

1    Q    That's the front, the front flap of that phone?

2    A    Right.  There's a little circle, if you will.

3    Q    Okay.

4    A    Right at the top, and that's actually the lens.

5    And then to actually take pictures, there's buttons on the

6    inside which have a camera and a video camera on it which you

7    can choose which you want to take.

8    Q    And that phone, Exhibit 5, is it capable of taking

9    both photographs and short video clips?

10   A    Yes.

11   Q    And finally Mr. Denton, I'd like to show you

12   Government Exhibit 13 in evidence.  And if you could take a

13   look at that.  Are those -- excuse me.  Is that Exhibit 13

14   part of materials that were provided by Verizon Wireless to

15   the law enforcement agencies pursuant to that court order and

16   search warrant?

17   A    Yes, it is.

18   Q    In various places in that exhibit where there's a

19   text message, there is a place to the right of the text

20   message that says originator DN.  What is the originator DN?

21   A    That's the phone number that actually sent the

22   message, or I should say it's the person who actually sent

23   the message.  It can come from a computer as well.

24   Q    Okay.  So if the originator DN has a 570 area code

25   and then a telephone number, what does that tell you as far

1    as the sender of that text message?

2         A    That's the phone that the message came from.

3         Q    Okay.  And then is there a notation just a couple

4    lines below originator DN that says terminating DN?

5         A    Yes, there is.

6         Q    What does terminating DN stand for?

7         A    That's the receiver of the text message.  That's

8    the person who it was actually sent to.

9         Q    Okay.  The phone number of the person?

10        A    Yes.

11        Q    Or the phone of the person?

12        A    Correct.

13        Q    I take it, Mr. Denton, text messages are sent from

14   phone -- or can be from phone to phone?

15        A    Yes.

16        Q    So the originator is the sender, the terminator is

17   the receiver of the text?

18        A    Correct.

19        Q    Okay.

20             MR. LOVRIC:  Those are all the questions I

21   have, Judge.

22             THE COURT:  Mr. Kilker.

23             MR. KILKER:  Thank you, your Honor.

24   CROSS-EXAMINATION

25   BY MR. KILKER:

Mark Denton - Cross

1    Q    Morning, Mr. Denton.

2    A    Morning.

3    Q    Mr. Denton, in your capacity at Verizon, you're a

4    supervisor over the Law Enforcement Resource Center, is that

5    right?

6    A    Law Enforcement Resource Team, yes.

7    Q    And when a request or a warrant comes in, it's your

8    obligation to go into that specific account for which a

9    warrant has been issued and review that account for its

10   contents, is that right?

11   A    Yes, sir.

12   Q    And you were able to do that in this particular

13   case?

14   A    Yes, sir.

15   Q    And you were shown Exhibit Number 1, Government's

16   Exhibit 1, and identified that that was an account that

17   belonged to Mr. Broxmeyer, is that right?

18   A    Yes, sir.

19   Q    And the contents which are contained in Exhibit 1

20   were taken from his account at Verizon?

21   A    Yes, sir.

22   Q    Now, when an account comes in and a photo is taken,

23   there's a stamp, am I right, as to the date and time when

24   that photo is received on that camera?

25   A    There is a time stamp of when the message was

Mark Denton - Cross

1    received.

2        Q    So, if, for example, a photo was sent to

3    Mr. Broxmeyer's camera, there would be a time/date stamp that

4    would show when that came in, correct?

5        A    When he opened it.  And that would be saved on the

6    phone itself, not the camera.

7        Q    Just by way of example, I'm going to show you a

8    government exhibit and then also the date stamp that's

9    attached to it.  Ask if you can explain exactly what you're

10   talking about.  I'm going to show you what's been marked as

11   Government's Exhibit 1, page number 7, which is a photograph,

12   and then the corresponding date stamp that apparently goes

13   with that photo.  So, the photo would come in, let's say

14   Mr. Broxmeyer opens that photograph, there's the image, and

15   then the date stamp is created at that time.  And I don't

16   know if you can see that.  Do you see that okay?

17       A    Yes.  However, in this case this is internal

18   information of when the picture was saved to the Pix Place

19   account.  Does not have to do when the photograph was sent to

20   the phone.

21       Q    All right.  So if we have a date of 11/17/07, then

22   the photo would have been saved to the Pix Place account, not

23   received on the telephone?

24       A    Correct.

25       Q    So these would be, these numbers here, these dates

Mark Denton - Cross

270

1    11/17/07 and 12:44, that would be the date and time this was

2    posted to Pix Place?

3         A    Yes.

4         Q    And not the actual date that was received on the

5    phone?

6         A    No, sir.

7         Q    Nor actually the date that that picture was opened?

8         A    No.  We don't keep any of the media data for the

9    actual pictures.

10        Q    Only the data that goes to the Pix Place?

11        A    Yes.

12        Q    Now with a Pix Place account, if you don't have a

13   camera phone and a photo comes in, let's assume you have a

14   Pix Place account on your Verizon account and somebody sends

15   a photo but you don't have the capability of taking pictures

16   on your account, what happens to that picture?

17        A    The photo comes into the phone.

18        Q    Photo is sent to the phone but you don't have

19   capability of viewing it on your phone.  Can that go into the

20   Pix account?

21        A    You can save it to a Pix Place account, yes.

22        Q    Will it be saved automatically if nothing is done

23   with that photo?

24        A    No.

25        Q    You have to actually place it into the Pix account?

Mark Denton - Cross

271

1     A     Yes.

2     Q     And those photo images would then be able to be

3   retrieved from a computer or something later on?

4     A     The ones that were saved to the Pix Place account,

5   yes.

6     Q     Yes?

7     A     Yes.

8     Q     Any photo that comes into any phone, whether it has

9   the capability of taking pictures or not taking pictures, can

10   be put into a Pix account?

11    A     Yes.

12    Q     And you have to manually do that, is that right?

13    A     Yes.

14    Q     And the storage space that's available on the Pix

15   account itself, how large is that?

16    A     I cannot answer that.  I do not know.

17    Q     The cellphone itself is limited, is that right?

18    A     Yes.

19    Q     So there would be limited storage space on the

20   phone, which is why many people would get a Pix account?

21    A     Yes.

22    Q     You had testified earlier that the originator is

23   the person that sends the text message and the terminating

24   person is the one that receives the text message, is that

25   right?

Mark Denton - Cross

1      A      Correct.

2      Q      Is there a way to identify when a text message has

3  an attached image to it, is there a special code for that?

4      A      In the message content line towards the bottom it

5  would have an MMS, which stands for multiple media system, I

6  believe.  It would have, yes, a code at the bottom.

7      Q      With regard to Exhibit 13, and I'll just show it to

8  you to refresh your recollection, in those -- that particular

9  exhibit contains text messaging, is that right?

10      A      Yes, it does.

11      Q      And you can tell, based upon what you have just

12  testified to regarding the originator and terminating

13  receiver, who sent and who received those messages?

14      A      Correct.

15      Q      Are you able to tell which one of those messages or

16  if any of them have an image attached to them based on what

17  you see there?

18      A      I would have to look through it.

19      Q      I'm not going to ask you specifically which ones;

20  just in general.

21      A      Yeah, in general, yes, we would be able to tell.

22      Q      And again, how do you tell?

23      A      There's codes within the message delivered that a

24  picture has been sent.

25      Q      So it says picture has been sent or does it have a

Mark Denton - Cross

1    code?

2        A    It has codes.

3        Q    Do you know what those codes are?

4        A    I do not.

5        Q    So, we can't tell the jury today what those codes

6    would be regarding an image that might be on there?

7        A    They're long strings, which it has an MMS code, it

8    will actually say MMS.

9        Q    Does that differ from text messages where a number

10   is sent or the number is called and you can see on your bill,

11   for example, that here's a sender, here's a receiver, what

12   number was being called, or if it's an incoming call and

13   there's a code that identifies a message, whether it's mobile

14   to mobile or something along those lines?  Is there a

15   separate code for those calls if there's a text message

16   attached to it?

17       A    On the bill?

18       Q    On the bill.

19       A    I'm not sure.

20       Q    Does Verizon have codes on their bills that would

21   identify whether images are on those text messages or not?

22       A    There is a summary how many text messages have been

23   sent.

24       Q    And does that also give a summary of images that

25   were sent?

1          A     I'm not sure.

2                      MR. KILKER:  That's all I have, Judge.

3                      THE COURT:  Mr. Lovric, anything further?

4                      MR. LOVRIC:  No, your Honor.

5                      THE COURT:  Okay.  Thank you, Mr. Denton.  You

6    may step down, sir.

7                      (Witness excused).

8                      THE COURT:  Mr. Lovric, does the government

9    have any further witnesses?

10                     MR. LOVRIC:  No, your Honor, we rest.

11                     THE COURT:  Government rests?

12                     MR. LOVRIC:  Yes.

13                     THE COURT:  Ladies and gentlemen, you want to

14   step aside for a couple of minutes while we take care of some

15   legal matters and get you back in here?

16                     (Jury excused).

17                     THE COURT:  All right.  Mr. Kilker, do you

18   wish to make any motions at the close of the government's

19   proof?

20                     MR. KILKER:  I do, your Honor.  At this point

21   I'd like to make a Rule 29 motion for judgment of acquittal.

22   More specifically, on Count One, Count Two, and Count Four.

23                     With regard to the production of child

24   pornography, the defendant has been charged with:  Between in

25   and about January of 2007 through December of 2007, in the

USA vs Todd Broxmeyer

1  Northern District of New York and elsewhere, Todd Broxmeyer,

2  the defendant herein, did knowingly and willfully employ,

3  use, persuade, induce, entice and coerce a minor, whose

4  identity is known to the grand jury, to engage in sexually

5  explicit conduct for the purpose of producing visual

6  depictions of such conduct and said visual depictions were

7  produced using materials that had been mailed, shipped and

8  transported in interstate and foreign commerce by any means,

9  in that, during that same time period, the defendant, Todd

10 Broxmeyer, caused the photographing of a minor female engaged

11 in sexually explicit conduct, with the use of a camera which

12 was manufactured outside the State of New York, and each such

13 image is a separate count of this indictment.

14            Count One contains photo number 1,

15 Government's Exhibit Number 1, Alesha Widdall.  Count 2

16 contains photo number 2, Exhibit Number 1, Government

17 Exhibit, also Alesha Widdall.  Alesha Widdall specifically

18 testified that while she was 17 at the time, she never --

19 Mr. Broxmeyer never employed, engaged, induced, enticed or

20 otherwise asked her for any photographs whatsoever.  She

21 indicated that she voluntarily sent photos to Mr. Broxmeyer

22 and that she did it of her own free will and without any

23 coercion or inducement by Mr. Broxmeyer.

24            Now, the government had raised an issue with

25 respect to this competition that apparently Mr. Broxmeyer and

VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT

USA vs Todd Broxmeyer

1    Miss Widdall involved themselves in, whereby Mr. Broxmeyer

2    sort of bet Miss Widdall that she couldn't get pictures of

3    women's breasts or sexually explicit photos.  And Miss

4    Widdall went out on her own and took a photograph of Brittany

5    Branco, or accepted a photograph, convinced Brittany Branco

6    to send her a photograph of herself in whip cream, not in

7    sexual explicit pose but covered with whip cream.  That photo

8    is then sent to Mr. Broxmeyer's phone.  And that photo was

9    ultimately placed into Mr. Broxmeyer's Pix account.

10                The conversations that Mr. Broxmeyer and

11   Alesha Widdall had prior to those photos being sent were not

12   that of a person who was attempting to get child pornography

13   or have a child engage in sexual activity, but rather an

14   adult, as Miss Alesha Widdall indicated, that he had no idea

15   what kind of pictures she was going to send but assumed that

16   they would be adult photographs.  Alesha Widdall also

17   indicated that she may have been 18 when that photograph was

18   taken, ultimately sent to Mr. Broxmeyer, and therefore she

19   wouldn't be a minor anyway.

20                The inducement, even if one were to assume

21   that Mr. Broxmeyer sent his penis, copy of his penis to

22   induce the girls to send him photographs, the inducement

23   we're talking about in Counts One and Two is photo 1 and 2,

24   and Alesha Widdall indicated those photos were sent freely,

25   voluntarily and without any inducement.  And the photo that

USA vs Todd Broxmeyer

1    she asked that we talked about regarding Mr. Broxmeyer's

2    penis was at Miss Widdall's request for an art project that

3    she testified.  So that was not an inducement.  So for those

4    reasons, your Honor, we're asking that the Court acquit

5    Mr. Broxmeyer of Counts One and Two of the indictment.

6              With respect to Count Four of the indictment,

7    that charges Mr. Broxmeyer with transporting a minor in

8    interstate commerce to engage in sexual activity.  In and

9    about December of 2007, in the Northern District of New York

10   and elsewhere, the defendant, Todd Broxmeyer, knowingly

11   caused a minor, whose identity is known to the grand jury and

12   who was at the time under the age of 18 years, to be

13   transported in interstate commerce from the State of

14   Pennsylvania into and through New York State, and then back

15   again from New York State to Pennsylvania, with intent that

16   the minor engage in sexual activity for which conduct can be

17   charged with a criminal offense pursuant to state statutes.

18   In violation of Title 18, United States Code, Section

19   2423(a).

20              The evidence is crystal clear how that minor,

21   Kayla Mueller, got to New York State.  She's a resident of

22   Pennsylvania, she was engaged in the practice of field

23   hockey.  She insisted that she wanted to go to the field

24   hockey practice so that she could better her skills and her

25   father wanted to accommodate her.  The problem with the

VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT

USA vs Todd Broxmeyer

278

1  transportation was that the father had a First Holy Communion

2  on that Sunday and could not then return the child back home,

3  so she was going to rely -- or, he was going to rely on the

4  services of her friend Katie Bendick (sic) or her mother to

5  bring her back.  When the child, Kayla Mueller, arrived in

6  New York State, she went to the practice as planned, she then

7  stayed overnight at her friend Katie Bendick's and there was

8  some conversation on that Saturday before Mr. Mueller

9  returned to Pennsylvania that Mr. Broxmeyer had to be down in

10  New Jersey the following day for an additional practice and

11  would be going right on by the Mueller home and it would

12  simply make sense for him to drop her off.  Everybody agreed

13  that was a good idea.  And Mr. Broxmeyer thereafter agreed to

14  transport the young Mueller to Pennsylvania back from the

15  practice.

16            On the way he stopped at the sports complex

17  where Miss Mueller says that Mr. Broxmeyer sexually assaulted

18  her.  Thereafter they traveled to Pennsylvania.  The purpose

19  of the travel was not to engage in sexual activity, and

20  there's no evidence Mr. Broxmeyer's intent when that child

21  was transported up to New York State -- that the intent was

22  she come for practice, not that he intended to engage in any

23  sexual activity with her.  There's no evidence to suggest

24  that was the case.  That he either conspired with somebody,

25  especially not Mr. Mueller, who's the father of the child, or

USA vs Todd Broxmeyer

279

1   engaged in any sort of covert operation to get her up here so

2   he could engage in sexual acts with her.

3            The Mann Act was put into place to prevent

4   prostitution, crossing of state lines for young girls and

5   then bringing them back to the state where they originated

6   from.  This is not the type of case that was envisioned by

7   the Mann Act.  What we have here is simply, if you believe

8   the sexual act occurred, an act that occurred solely within

9   the State of New York, once that act is completed, it's over,

10  and the intent whether it was formed there or not, it was not

11  formed before the transportation took place.

12           Now, there was some limited testimony from the

13  father that a couple days before there were conversations

14  with Mr. Broxmeyer that he would transport the child back,

15  and in that limited setting Mr. Mueller claimed I don't

16  remember the exact date or time but we had a conversation

17  about it.  And Kayla Mueller recalls that being on that

18  Saturday.  That very Saturday that it was just a passing

19  thing, you know, Mr. Broxmeyer says, well, I can give you a

20  ride, I'm going right on by, and then arrangements were made

21  and plans were changed.  And ultimately Mr. Broxmeyer

22  transports her back to the State of Pennsylvania and goes on

23  to New Jersey.

24           So for those reasons, your Honor, we believe

25  that the government has failed to meet the elements of Counts

USA vs Todd Broxmeyer

280

1   One, Two and Four, and ask that the Court enter a judgment of

2   acquittal.

3              THE COURT:  Mr. Lovric.

4              MR. LOVRIC:  Judge, we object, obviously.  I

5   don't want to belabor the point, these are all arguments for

6   the jury to consider.  This case rests on factual

7   determinations.  There's more than enough evidence for the

8   jury to conclude and for any reasonable person to conclude

9   that Mr. Broxmeyer did, in fact, manipulate and persuade and

10  use Alesha Widdall in order for the photographing of pictures

11  of herself.

12             Photo 1 and 2 are pictures that she took.  She

13  took them during the sexual relationship she had.  It is our

14  view, and I believe the jury can conclude, that she was used

15  by Mr. Broxmeyer in every sense of the word and that she was

16  induced.  Mr. Broxmeyer didn't have to send her a written

17  letter and sign it in blood asking for naked pictures of

18  herself, but he essentially did that through his conduct and

19  relationship with her.  And there's more than enough evidence

20  for the jury to conclude that.

21             There are other images that the jury can

22  conclude lead them to conclude that Mr. Broxmeyer's MO here,

23  when you look at the entirety of the conduct with the other

24  girls as well and the circumstantial evidence, that that was

25  his thing.  He basically in different ways with different

VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT

USA vs Todd Broxmeyer

281

1   girls got them, persuaded them to take pictures of

2   themselves, some of those pictures being what constitutes

3   child pornography, and sending to him.  So these are issues

4   of fact, I submit, and there's more than enough facts in the

5   record.  It's clear that Alesha Widdall was 17 at the time

6   that all the photos of her were taken.

7            Count Four, I believe the evidence is more

8   than sufficient to support not only the transport but the

9   causing of transporting of a minor.  It's clear from

10  Mr. Lance Mueller about two days before the actual practice

11  that it was Mr. Broxmeyer that said I'll drive her back to

12  Pennsylvania, after actually another family had volunteered

13  to take her halfway down.  So, we object to any of the counts

14  being dismissed.  They all should be decided on the facts by

15  the jury.

16           THE COURT:  Well, it sounds to the Court after

17  listening to the evidence that there probably are factual

18  issues here, especially with respect to Count One and Two.

19  The Court is going to reserve on those, however.

20           And as to Count Four, the Court believes that

21  there's sufficient evidence for the jury to convict on that

22  count, should it decide to do so.  The Court will deny Count

23  Four, give you an exception on that.

24           Now, Mr. Kilker, what do you got for the

25  defense case?

USA vs Todd Broxmeyer

282

1          MR. KILKER:  We're not going to put on a

2    defense case, your Honor.  We rest.

3          THE COURT:  All right.  Now, have you

4    discussed with Mr. Broxmeyer that he has a right to testify

5    here at this Court, if he so chooses?

6          MR. KILKER:  Yes, your Honor, I have.  And he

7    waives that right.

8          THE COURT:  Mr. Broxmeyer, do you understand

9    you have a right to take the stand and testify, if you so

10   choose?

11         TODD BROXMEYER:  Yes, sir.

12         THE COURT:  You wish to remain silent, which

13   is also your right?

14         TODD BROXMEYER:  Yes, sir.

15         THE COURT:  Want to bring the jury back in?

16   Are you ready for final argument?

17         MR. LOVRIC:  Yes, Judge.

18         THE COURT:  Good.

19         MR. KILKER:  Can we have a couple minutes

20   before we jump into final argument?

21         THE COURT:  How long would you like?

22         MR. KILKER:  Fifteen minutes.

23         THE COURT:  Fifteen minutes.  Okay.  Tom, tell

24   her not to bring the jury in.  We'll adjourn for 15 minutes

25   at the request of counsel.

283

1          (Short break taken).

2          (Jury present).

3          THE COURT:  All right, ladies and gentlemen.

4    The Court is going to tell you now that the evidence is

5    closed.  That means you've heard all the evidence in the case

6    that you're going to hear and it's going to be your task now

7    to reach a verdict after we go through a couple of

8    procedures.

9          The first of which is going to be the closing

10   arguments given to you by both sides, the prosecution and the

11   defense.  And I know you've heard me say on Monday and you're

12   going to hear me say again that the burden of proof always

13   remains on the government.  It never shifts to the defendant.

14   The defendant has absolutely no obligation to prove anything

15   or to testify, as I told you.  And that is a reason why in

16   the federal system the government will give you its closing

17   argument first, then the defendant gets a chance to give you

18   his argument, and then the government has a brief rebuttal

19   summation.  And that's the way it works because the

20   government has the burden of proof.

21         Mr. Lovric, are you ready to address the jury

22   with your closing argument?

23         MR. LOVRIC:  Yes, I am, Judge.

24         THE COURT:  You may do that now.

25         MR. LOVRIC:  The clock again.  Good morning,

everyone.  What I'd like to do right now is I'd like to walk
you through some of the things that I submit to you will help
you to decide the facts and decide the law in this case.  And
I look at the summation sort of as a conversation that I have
with you, although I'll be doing all the talking.  But what
you can do is you can talk to yourself in your mind as if we
were sitting in a room and I was telling you something and
you might be adding to the conversation to be able to say to
yourself, well, yeah, you know, I remember this and that
makes sense and I see how you get that.

So, I'd like to have this conversation with
all of you.  And what I'm going to do is I'm going to present
to you my remarks kind as if we were having this conversation
and I'm going to rely on you during our conversation to use
your good judgment and good sense.  I think sometimes juries
tend to think that because we're in a court of law and
because we walk into a building, that somehow you're supposed
to get these magical powers, and it really is nothing like
that.  Really what we all rely upon is for you to use your
good old, as I put it, horse sense.

You guys have a lot of life experience.  You
have a lot of experience from running your family, running
your life, running your careers.  Don't leave that outside of
this room, because when the day is said and it's all done,
the thing that will carry you through the most is your good

Government - Summation

1    common sense, because when you look at this case with the

2    glasses of your personal common sense, this case will become

3    crystal clear to you what happened here.  And I'd like to

4    walk you through that.

5              First, this case is what it is.  I can't, nor

6    will I try, to explain Todd Broxmeyer to you.  I can't

7    explain to you or give you an analysis of why he is what he

8    is.  I can't do that and I don't think you'll be able to do

9    that because, quite frankly, folks, when you look at Todd

10   Broxmeyer sitting over there, and even if you take him

11   outside of the courtroom, and not have to look at him in

12   terms of deciding the facts in this case, you're all going to

13   have to say to yourself, I just can't believe that this guy

14   did what he did.

15             But you know what he did.  It is unbelievable.

16   It is beyond belief sometimes what people, real people will

17   do to other real people.  And that's just tragic.  But, quite

18   frankly, I can't explain him to you and I'm not sure that you

19   could either if you tried.  You can try long and hard to

20   figure out why Broxmeyer did the things he did, why he

21   manipulated these girls the way he did.  I think I'll point

22   out some motivators for you, but that part of it only Todd

23   Broxmeyer will be able to say in his own mind how he got to

24   where he got.

25             Let me lay some ground work of how and where

Government - Summation

1   we started in this evidence and what it shows to you.  First

2   of all, when you look at Mr. Broxmeyer, what was he in this

3   picture with these girls and coach and having these girls

4   come from three different states to be coached by him?  He

5   had a lot of authority.  And when you look at his position,

6   people from New Jersey, people from Pennsylvania, Mr. Mueller

7   told you how Mr. Broxmeyer actually was one of the six people

8   that the United States Field Hockey Association recommended

9   to coach his girl, his daughter.  He has a lot of respect and

10  authority out in the field hockey community.  And with that

11  respect and authority came lot of trust.  A lot of parents

12  put their trust in him.  A lot of parents thought this guy's

13  one of the best coaches in the country.  He's going to do

14  right by my daughter.  He's going to do right by our family

15  and that's why they took their kids to him.

16          And Mr. Broxmeyer's stature, his authority,

17  his power even is somewhat of what led him to be able to do

18  the things that he did.  I mean, quite frankly, let's face

19  it, if a stranger off the street wearing a trench coat and

20  looking like a pedophile walked up to Alesha Widdall and

21  said, hey, babe, could you send me a naked picture of you, do

22  you honestly think Alesha Widdall would go home, take off her

23  clothes, go into the shower, put her fingers in her vagina

24  and send that creep a photograph?  Of course not.  But she

25  did it for that man right there.  Look at him.  All-American.

Government - Summation

1    Nice looking guy, attractive, successful.  It was easy for

2    him to do what he did.  The creep with the trench coat

3    walking down the street has a little more difficult time

4    attracting girls and having him do sexual things for him.

5                    It was that power and trust and authority that

6    allowed Todd Broxmeyer to do what he did.  And what is Todd

7    Broxmeyer?  Well, I'm not talking about him physically.  I'm

8    talking about him and what he did.  And I recall when I was

9    growing up, a lot of teachers, and I think my parents even

10   said, you know, when it's all said and done and when you kind

11   of wonder what the world thinks of you and what they see you

12   like, it's really the moments where your actions that you

13   perform that the world isn't looking that tell a lot about

14   you.  It's when the world isn't watching you or you don't

15   know that the world is watching when it really says what you

16   are and who you are.  It's very easy for somebody to stand up

17   in any place and look presentable and even look respectable.

18   And I think you've been there before where you meet someone

19   and they look like a great person, they sound like a great

20   person, and then you find out a lot about them, what they

21   might have done behind closed doors, and you decide this

22   person is not really what they seem.

23                    This Todd Broxmeyer is not what he seems.  His

24   outward appearance is not who he is.  But when you take a

25   look at what he did when the world wasn't watching behind

Government - Summation

1   closed doors, not with parents standing around watching

2   practices, but rather when he had these teenage girls one on

3   one, when he is texting them one-on-one, then you look into

4   the real Todd Broxmeyer's soul, and what you will find if you

5   look at that, look at his actions, look at his conduct, and

6   what you will see is a sexual predator.

7              He is nothing more and nothing less than that

8   creepy sexual predator that we can all spot walking down the

9   street with a trench coat and saying God help us if he ever

10  finds a kid.  Todd Broxmeyer is no different because when you

11  look beyond that all-American look and you look beyond the

12  facade, he is nothing but a sex fiend, a predator that preys

13  on teenage girls.  And, in fact, Todd Broxmeyer is one of the

14  worst kind of predators because these sleezy trench guys on

15  the street, we can spot them, we can teach our kids to spot

16  them, we can keep children away from them.  You can teach

17  your teenage kids what to watch out for.  Don't get in a car

18  with a stranger.  Don't talk to a stranger.  Don't have a

19  stranger give you a ride.  We all do that.

20             Mr. Broxmeyer, on the other hand, he's a

21  coach.  He is in a position we teach our kids listen to your

22  teachers and coaches.  What do we tell them?  These are your

23  mentors.  These are people in society we expect to give our

24  kids the additional things that we would like them to have.

25  The moral upbringing.  Todd Broxmeyer is somebody that

Government - Summation

1    parents trusted would be a contributor to that moral

2    upbringing.  And the last thing that any one of those parents

3    thought about was that he would, in fact, be that sexual

4    fiend and predator that would prey on their children.

5              Think about it for a minute.  He is a

6    37-year-old grown man in 2007.  And he is consistently

7    hitting on 15, 16 and 17-year-old girls.  A 37-year-old man

8    talking to girls about three-way sex.  A 37-year-old man

9    asking teenage girls for photos of themselves.  A 37-year-old

10   man collecting, and I do mean collecting, pornographic

11   teenage photographs that he saves in that little vault of his

12   on Pix Place.  That is the true Todd Broxmeyer.

13             In fact, as I see it and as I put it to you,

14   he's nothing more than a wolf in sheep's clothing, pretending

15   to be something he's really not.  And the worst part about

16   that is that pretending coaching position allowed him to do

17   what he did.

18             And what he did in this case was he persuaded,

19   he enticed, he induced, and above all he used these teenage

20   girls to accomplish everything that's charged in the

21   indictment and plus a lot more.  And you look at this -- when

22   you look at this case in terms of -- I can't find my glasses

23   because I don't have my glasses on -- when you look at this

24   case in terms of what he did to these girls and how he viewed

25   them, I submit to you if you step back, you'll see that these

Government - Summation

1   girls were nothing more than his personal sex toys.  They

2   were nothing more than simply sex objects to him.  And why do

3   I say that?  Take a look at that Exhibit 1, and what do you

4   see in there?  You see nothing but breasts and vaginas.  I'm

5   submitting to you that when that man looked at every girl

6   that he coached, he saw a pair of breasts and a vagina.  I'm

7   not sure he even recognized them otherwise.  How do you know

8   that?  Look at that book.  What do you keep in your album?

9   Grandma, mom, dad.  Take a look at what Broxmeyer keeps in

10  his album.  Breasts and vaginas, and that's all these girls

11  were to him.  They were pieces of meat that he could nibble,

12  chew on, and enjoy himself whenever it pleased him, and he

13  did it personally with them and then he did it through the

14  photographing of them.

15              To call Mr. Broxmeyer a sexual predator and a

16  sex fiend, I submit to you, is an understatement.  He is much

17  more than that.  He is the worst kind because he is such a

18  good manipulator.  He's very good at it.  In fact, he's

19  extremely good at it.  In fact, he was so good at it, he

20  never thought he'd get caught.  He never for once suspected

21  that one of these girls would turn him in.  Think about how

22  easy it would have been.  But that's how good he thought he

23  was.  He saved these things in his Pix account.  He didn't

24  destroy these pictures.  It's not like he saved them under a

25  false name.  He thought he was very, very good at it.  You

Government - Summation

1   know what he was very good at it because it went on for quite

2   a long time before somebody uncovered this whole thing.

3            Now, I want to spend a few moments talking

4   about this notion, during the trial the defense asked I

5   believe Alesha Widdall were you coerced?  Did you voluntarily

6   do this?  Did you voluntarily send these images?  Well,

7   ladies and gentlemen, listen to the law carefully.  Coercion

8   is only one of several ways that Todd Broxmeyer can be found

9   guilty.  Say that again.  It's only one of several ways.

10  It's not required and I'm not standing here telling you that

11  these girls were coerced.

12           You might look at somebody like Monica Gombita

13  and perhaps even Katie Thorp and say, well they, were coerced

14  because really he played with their mind.  But you know what,

15  forget about that.  You don't have to spend a lot of time on

16  that because when the Judge tells you about the law, you'll

17  find that Mr. Broxmeyer can violate these statutes by

18  employing.  He didn't employ these girls.  There's no

19  question about that.  But listen to the other ways.  He used

20  minors or he persuaded minors or he induced minors or he

21  enticed minors.  So, if persuaded a minor to engage in sexual

22  activity or induced a minor or enticed, or used, any one of

23  those is sufficient to trigger the statute.

24           And I'll talk a little bit about how I submit

25  to you he did all four of those, but when you step back,

Government - Summation

there's absolutely no reasonable doubt that he used these
minors and these aren't magical words.  These are everyday
common words that you use.  He used every one of these kids
to accomplish what he set out to do.

Count Three talks about the attempted
production.  And again, it doesn't require coercion as the
only way that you can commit this crime.  It talks about
attempted to use.  Attempted to induce.  Attempted to
persuade.  Attempted to entice.  The defense would like you
to think that coercion and voluntariness negate
Mr. Broxmeyer's crimes.  And a couple times they asked a
couple of the young girls if they were coerced.  I ask you to
simply forget about the coercion, look at the other four ways
that statute can be violated.

Let's talk about the voluntariness.  I think
Mr. Kilker spent a little time with Alesha Widdall.  I have
the answer for you; it's irrelevant.  I'll say it again; it's
irrelevant.  Minors can't consent to doing this stuff.  The
statute doesn't require that it be done against their
consent.  When you think about it, it makes perfect sense.
You think child predators couldn't convince a minor to go off
with them and take pictures?  Mr. Broxmeyer did it.  But the
creepy old guy on the street walks up to a little girl, gives
her a lollipop, come to the park with me, she does voluntary,
take off your pants, here's another lollipop, she does

Government - Summation

1  voluntary.  That's okay, right?  No, it's not.  The law

2  doesn't care about the fact that the kid wasn't dragged

3  kicking, screaming and duct-taped.  The law doesn't care

4  about the fact that Alesha Widdall did it voluntarily.  Or

5  that Monica Gombita or the other girls did it voluntarily.

6  It doesn't matter.  It's not a part of the crime.  Otherwise,

7  it would be ecstasy for Mr. Broxmeyer and the Broxmeyers of

8  the world.

9          Hey, Alesha, I'm going to get you a

10 scholarship into college, but first you have to have sex with

11 me.  No problem, Mr. Broxmeyer.  No crime.  I don't think so.

12 It's still a crime if he persuades her, induces her, entices

13 her, or uses her.  So all that stuff with Alesha Widdall,

14 voluntariness or coercion, I submit to you is simply a

15 distraction.  That is only one of the ways of coercion.  Look

16 at all the others, which make perfect sense.

17         A minor, as you'll learn and already the Judge

18 has told you, is a person under 18 years of age.  We protect

19 children whether they're 17 or whether they're one or less

20 than one.  A minor is a minor, whether she's 17, 16, 15 or 3

21 months old.  It doesn't matter, for purposes of what one

22 person does to that minor.  And all the girls that testified

23 here told you that they were minors at the time that these

24 activities and acts happened.

25         You're also going to learn, and I'm not going

Government - Summation

1    to talk too much about it, but listen carefully when the

2    Judge talks to you about the charge dealing with using or

3    enticing or inducing.  You will hear words that say the

4    following.  For the purpose of producing.  For the purpose of

5    producing.  And then it goes on a visual depiction using

6    materials and so on.

7              And what you will find, if you have a question

8    you can ask the Judge, is that the law doesn't even require

9    me to prove that a visual depiction was in fact produced.

10   Rather, I have to prove that he used, or induced, or enticed,

11   or persuaded minors to engage in explicit sexual conduct for

12   the purpose of producing, regardless of whether that image

13   was ever produced.  But I submit to you, there is more than

14   sufficient evidence to show that these things were, in fact,

15   produced.  I simply point out to you that what's required for

16   me to prove is for the purpose of producing, not actually

17   producing.

18             At no time are you going to find did I have to

19   show or did the law require that Mr. Broxmeyer took the

20   pictures personally.  Rather, that it was for the purpose of

21   producing a visual depiction by anyone, whether it was Alesha

22   or one of the other girls, it's not required that he take the

23   pictures.  And I think you can understand the reasoning for

24   that common sense.  Because otherwise, pedophiles and

25   predators like Mr. Broxmeyer would always get around that by

1    saying here, little girl, you take the pictures.  Here,

2    Alesha, you take the pictures.

3              Now I'd like to mention briefly, and I'll come

4    back to it a little bit later, Count Four.  The assault,

5    sexual assault of Kayla.  Kayla Mueller.  You saw Kayla

6    testify.  I don't even think I have to say a lot about what

7    Kayla went through in terms of what happened to her.  What

8    became clear from the testimony of Lance Mueller is that it

9    was the only time that he was not going to be present during

10   a practice session and it was the only time that Kayla was

11   going to be at a practice session without either a parent or

12   Lauren, her friend, coming up.

13             And Mr. Mueller actually said to you that

14   arrangements had been made because of their commitment in

15   Pennsylvania for the Bendicks to have Kayla stay over, which

16   she did, and then they were arranging to have the Bendicks or

17   somebody in the family kind of drive her halfway down and it

18   would make it work somehow.  And what happened about two days

19   before that?  What happened was Todd Broxmeyer saw his chance

20   and said no, no, I'll drive her home.  I'll drive her home on

21   Sunday.

22             And I submit to you when you look at

23   everything that Broxmeyer's done here, you can't look into

24   his mind anymore than I can so you can't go into his mind and

25   say what was his intent?  But this is where I tell you step

1    back, step back and use your common sense.  What's really

2    Todd Broxmeyer doing when he learns that Kayla's going to be

3    at practice, her dad is not going to be there, another parent

4    is not going to be there and she's going to be up in the

5    area?  What does he do?  He steps in and decides, hey, great

6    opportunity.  Great opportunity for me to have a little fun.

7    And what's a little fun that I always do with these girls,

8    and he takes advantage of that.  And the first thing that he

9    does when he picks her up on Sunday morning, he drives her

10   over to the Sportsplex and has her commit oral sex on him.

11   He has a 15-year-old girl perform oral sex on him.

12              I'd like to talk a little bit about Monica

13   Gombita.  Monica testified and told you she was 17 years old

14   at the time when she was taking these lessons and practice

15   sessions of Mr. Broxmeyer's.  And you know what happened with

16   Monica.  And if you really think about it, and you step back

17   and remember her testimony, Monica, like Katie Thorp, was

18   seduced.  What does Todd Broxmeyer start to do with her?

19   Hey, you're beautiful.  You're sexy.  You've got a really

20   nice body.  Starts to pay attention to her.  Starts to

21   compliment her.  What's he doing there?  He's using her.

22   He's starting to persuade her.  He's starting to entice her.

23   He's starting to induce her to do what he eventually wants to

24   happen.  He's pouring on these compliments that Monica told

25   you when she's in high school she's really not used to

Government - Summation

1  getting a lot of attention from boys, and that's exactly what

2  he sees in her.  Broxmeyer sees that and knows this is

3  somebody that he can work his pedophilia routine on.  So he

4  starts to put these kind of things in her head.

5          What does he do then?  He sends her a text

6  message with his erect penis on it.  Think about it, ladies

7  and gentlemen.  This man right here has a fully erect penis

8  on his phone in Exhibit 2, so he has it nice and handy when

9  he wants to send it to his, to his teenage girls or teenage

10  people he meets and he has it saved on his Pix account.  What

11  do you think that tells you?  What's that telling you about

12  him?  He then sends Monica the picture of the erect penis and

13  he finally is asking her to send him a picture back.  And

14  Monica ends up sending the picture of herself in the

15  underwear essentially because she couldn't find the energy

16  and the strength to bring herself around to send him a full

17  body, nude body photograph of herself.  But that's okay with

18  Mr. Broxmeyer.  He likes that, too.  He saves that into his

19  Pix account.

20          And then what does Mr. Broxmeyer do next?  On

21  the way home from a practice session he puts his hand down

22  Monica's pants and fondles her vagina.  Enough so that when

23  he's bragging about it to Alesha Widdall.  Remember he sends

24  Alesha Widdall the picture of Monica like he just went out

25  and shot a deer, he wants to show it off.  He sends to Alesha

Government - Summation

1   this photo of Monica, and Alesha who was at that point

2   engaged in a sexual relationship with him, even though she's

3   17, says who is that?  And Mr. Broxmeyer tells Alesha it's

4   Monica.  And then Alesha, I don't know if you caught it, I

5   wasn't going to get too graphic, even though this case is

6   very graphic, but Alesha asks Broxmeyer does she have a fire

7   crotch?  Meaning does she have red pubic hair like her red

8   hair.  Mr. Broxmeyer says no, she shaves down there.  This is

9   a 37-year-old coach.  What do you think is going on when he's

10  doing these things with these kids?  It's unbelievable.  I

11  mean it is unbelievable.  And if it weren't for pictures and

12  text messages and if I was standing in your living room just

13  sitting there and telling you this story, you'd be like,

14  you're out of your mind.  People don't do this.  Well, he

15  did.

16          Alesha Widdall.  She was 15 years old when she

17  met Todd Broxmeyer, and between the ages of 15 and 17 she

18  went and attended various practice sessions.  And I submit to

19  you folks, if you take a look at Alesha Widdall, there is one

20  overriding thing that I submit happened in this case.  Alesha

21  Widdall was used by Mr. Broxmeyer in more ways than you and I

22  can count.  And she was used by him in every sense of the

23  word and the spirit of that word.  Look at how he manipulated

24  her.  Look at how he used her.  Look at what degrading things

25  he did with her and got her to do for him.  To talk about

Government - Summation

299

1   enticing, inducing, persuading, he went beyond those words to

2   what he did to Alesha Widdall and with her.  Forget about the

3   fact -- I don't mean forget about it, but aside from the fact

4   that he had sexual intercourse with a minor for the better

5   part of her 17th year, having sexual intercourse with her in

6   the apartment that he shares with his girlfriend, having sex

7   with her in California when he's taking all these teenage

8   kids to this festival tournament, aside from that, look at

9   all the other ways he used her, to not only get from her what

10  he wanted but to get her to get him other things that he

11  wanted.

12            When they're having sex, Alesha and him would

13  use her cellphone camera, his cellphone camera to take

14  pictures of the sexual conduct.  He sent her, I believe she

15  said, a number of times the erect penis photograph.  He used

16  Alesha to do those challenges.

17            Remember she told you about he would challenge

18  her?  What do you think is really going on in there?  You

19  think this is a sporting event?  You think this is a game?

20  Alesha might have thought it was a game, but I've got news

21  for you people, if you sit back and use your good common

22  sense, this was no game to that pedophile.  He's using

23  Alesha.  I challenge you to get Brittany naked or breasts.  I

24  challenge you to get me a picture of so and so with her

25  breasts exposed.  I challenge you.  He is using her like

Government - Summation

1    she's on a string on his finger knowing that he can and

2    knowing that she will.  Knowing that she's already fully

3    engaged in his sexual perversion, sexual acts, sexual

4    photographing the two of them.  He's not happy with that.

5    And then what does he do with those photos she brings to him,

6    he saves it to his Pix account.

7                 He challenges her to the Brittany Branco

8    photo.  The Crystal Bianco photo, which is photo number 21 in

9    Exhibit 1.  The Branco photo is the photo of the girl with

10   the shaving cream on her breasts and genitalia.  What else

11   does Mr. Broxmeyer do to use Alesha Widdall?  Remember she

12   describes that New Jersey trip, they go down to practice,

13   they're driving down, and what does this fine gentleman take

14   the opportunity to do?  He whips out his cellphone, hey, let

15   me show you some of my stuff and he goes into his Pix

16   account.  And he shows Alesha Widdall these pictures.

17                 You might ask why is he doing that?  Well,

18   I'll answer that for you.  It's all a part of the control.

19   It's all a part of, hey, Alesha this is what I like.  He

20   doesn't have to say it.  He doesn't have to write her a note.

21   He doesn't have to send her a message.  He doesn't have to

22   send her a hallmark card saying this is what I like.  This is

23   what I want.  This is what I want you to get me.  This is

24   what I want you to give me.  He's much too slick for that.

25   He does it in subtle ways.  Hey, look at my Pix account here.

Government - Summation

301

1   Hey, look at a picture of Katie Thorp in her underwear.  Hey,

2   look at a picture of Katie with her finger stuck up her

3   vagina.  That's what's going on here.  And that's how he

4   manipulates, uses, and persuades these girls to do what he

5   wants.  A lot of times he doesn't even have to speak the

6   words.

7              Now, he would like you to believe, well, I

8   never signed a contract asking for sexually explicit conduct.

9   Is he for real?  He wants you to believe that sexual

10  predators work that way?  No.  Mr. Broxmeyer is the expert.

11  He is the ultimate sexual predator.  He can do it without

12  even saying it, and you know that you've seen that.  You can

13  see it through Alesha Widdall.  And you know what the real

14  sad thing about this whole case is, Alesha Widdall doesn't

15  think that she was manipulated and used.  And you know what?

16  Twenty years from now Alesha Widdall is an adult and when she

17  looks back on this experience, she is going to cry and she is

18  going to be in therapy over what that man did to her because

19  at some point in her life it will dawn on her, it will hit

20  her, I was just a kid.  He abused me.  He used me, he

21  sexually committed perversion with me.  He caused me to go

22  out and to do that perversion to friends and colleagues of

23  mine.  And twenty years from now I submit to you she will be

24  very sorry that it happened.

25              And the saddest part is that today she doesn't

 1   think so.  And why?  She's just a kid.  She was just a kid

 2   when this happened.  She was a 17-year-old girl from Whitney

 3   Point.  Life's experiences, I submit, in Whitney Point are a

 4   little different than downtown Chicago.  Alesha Widdall had

 5   someone that was not only paying attention to her, thought

 6   she was the sexiest thing on the planet.  Broxmeyer was great

 7   looking, all-American.  Sexual relationship.  Ask yourself

 8   where was Broxmeyer going with that relationship?  Marriage.

 9   Are you kidding?  He's going nowhere with it.  She's one of

10   his sex toys.  He uses her.  He abuses her.  He uses her to

11   get him things that he wants and when he's done, he's done.

12               So, he shows Alesha Katie Thorp's finger in

13   the vagina.  The underwear.  He shows her the two girls

14   kissing naked on his Pix account.  What does he tell her?  I

15   got that from another coach.  Gee, it's really wonderful to

16   know, Mr. Broxmeyer, you and coaches' buddies of you are

17   getting pictures of these girls and getting them to do this

18   stuff and you're trading it around the country, that is

19   really wonderful.  Girls in the pyramid put that photo in

20   there just to show how far this manipulation goes.  He has

21   Brittany Branco send him this picture of girls in their

22   underwear, in a pyramid stack.  The whole point of that

23   wasn't that it is child porn.  Look at how he manipulates

24   these girls.  Look at how he's using them.

25               Now, I paused for a few minutes, I was

Government - Summation

1    listening on cross-examination when Mr. Kilker asked Alesha

2    Widdall and I asked her again on redirect, but Mr. Kilker

3    asked Alesha, what did you -- what did you say, or what did

4    Broxmeyer say or what did you think, there was a question.  I

5    didn't write down the question verbatim but it had to do when

6    she got these photos on this challenge.  It had to do when

7    she got the photos of Crystal Bianco and then the photo of

8    Brittany Branco, similar names, and sent them to Todd

9    Broxmeyer.  And here's Alesha Widdall, what she said, and I

10   wrote this down.  And I submit to you I tried to get it down

11   verbatim, but if you have a different recollection, rely on

12   your recollection.  Alesha Widdall said they made me feel

13   like I did something right.  And I asked her when I got up

14   again, I said, what did you say to Mr. Kilker when he asked

15   you about what you were feeling or why you were sending these

16   pictures on these challenges?  And she said it again exactly

17   verbatim; they made me feel like I did something right.

18            That is really telling as to what was going on

19   there.  What's Alesha Widdall telling you?  She probably

20   doesn't even realize what she's telling you.  It made her

21   feel like she's doing right for him, like she's doing

22   something that she can stand up and say, yeah, look at this,

23   I'm really there for you, I'm doing something good for you.

24   And I submit to you, what it tells you is Alesha Widdall has

25   a lot of issues going on and one of them is she was looking

Government - Summation

304

1  for Mr. Broxmeyer to pay attention to her, and she was

2  looking for sex, and she was looking for love, and she's

3  looking for all those things that Mr. Broxmeyer wouldn't ever

4  deliver to her, but he used her to make her think that what

5  she was doing was going to make her feel good about herself.

6              And that, ladies and gentlemen I think is

7  about as twisted as it gets.  Mr. Broxmeyer cannot only

8  manipulate these girls, but he can actually get them to think

9  and believe something good about themselves by doing that.

10 And that is the ultimate perversion in this case.  Alesha

11 Widdall is the ultimate perversion, if I can put it that way.

12 He got her to actually believe that this was somehow making

13 her a better person or her a better girl or woman.  She

14 wanted to please him in every way.  And she really tried.

15 And that's why she did those challenges.  And that's why she

16 engaged in sexual intercourse with him.

17             But you have to say to yourself, look at who

18 she is and look at who is the person that's driving that

19 ship.  Who is the person that is making all those things

20 happen?  Alesha Widdall.  Alesha Widdall wouldn't have done

21 any of this stuff but for the fact that Mr. Broxmeyer was

22 sexually engaged in sexual intercourse with her.

23             And so Alesha Widdall does a number of things,

24 and one of the many things she would do, and I think she told

25 you, she took about 15 photographs, sexual explicit

photographs.  We have two of them that were saved into
Mr. Broxmeyer's Pix account, it's photo 1 and 2 of Exhibit 1.
And she would send him these things and Mr. Broxmeyer would
like you to believe, well, I didn't ask for those.  I didn't
say Alesha, send me a naked picture now.

And I submit to you he did ask for that.  He
not only asked for that, he got her to believe that's not
only what he wanted but what he expected of her.  You have to
look at the actions, not just his words.  I just mention it.
Alesha and Mr. Broxmeyer talking about three-way sex.  This
is more bizarre.  Thirty-seven year old coach talking with a
player.  I don't care if they were jokingly joking.  Talking
about three-way sex.  What does that tell you about this man?

And you know, Mr. Broxmeyer didn't have to
tell these girls about scholarships and letters of
recommendation.  Now, Katie Thorp talked with you about that
because he did talk to her back in the fall of 2007.  And if
you look at it, it was at a time when he wants her to come to
the practice sessions and she's playing for Whitney Point,
and she's not really sure if she wants to go to practice
sessions, and he's really getting her to say yeah, I'll come.
I'll be there, I'm coming.  He's trying to entice her to come
to the practices.  And so what does he throw out?  Hey, you
know, scholarships are out there.  I can help you with
recommendations, letter recommendations.  And you know what,

Government - Summation

306

1    that's in the back of every one of these girls' minds.

2              I'm not saying to you that justifies or in any

3    way makes any of this conduct and their participation in it

4    okay, but you know what, he is the grown man.  He knows what

5    these girls will think about just from him mentioning these

6    things.  I think all of us have been in positions where we

7    can manipulate a little kid.  You do to five, seven, nine

8    years old reverse psychology, don't go in that drawer, they

9    go in the drawer, don't open that present.  He manipulated

10   these girls.  And out in this kind of fog, he knew this

11   carrot is out there.  I can do something for you but you've

12   got to put up with what I like to do.

13             Kayla Mueller, Lance Mueller I'm going to

14   spend very, very little time on.  There is no question Kayla

15   Mueller was sexually assaulted by Broxmeyer.  He took her to

16   the Sportsplex, had her perform oral sex.  She can't even

17   talk about it to this day.  She can't even stand and tell

18   someone about it without breaking down in tears, and that's

19   how traumatic it still is even though it happened as far as

20   back as December 8 of 2007.  Excuse me, December 9.  And you

21   know what, she's probably going to be traumatized for the

22   rest of her life about what happened.  Todd Broxmeyer is the

23   worst predator because of what he did to Kayla Mueller.  He

24   sexually abused all of these girls in the true sense, but

25   look at what he did to Kayla.  He is so good, he took about

1    twenty seconds in his mind, I submit to you, to say Kayla

2    coming up, no parent, no Lauren, needs a ride, I'm there.

3    And that's exactly what happened when he finds out on

4    December 5 or 6 that she needs a ride home.

5                    Now, you can't look in his mind anymore than I

6    can, but you know what, step back and look at him as a whole

7    and take a look at all of this other activity surrounding it.

8    Do you think it was just one big coincidence that he decided

9    that morning to go and sexually assault Kayla Mueller at the

10   Sportsplex?  Let's see, Sunday morning, 7:00, I've got

11   nothing to do, let me go have Kayla give me a blow job.  You

12   think that's exactly how it happened?  Absolutely not.

13                   He planned that thing two, three days in

14   advance, as soon as he told Lance Mueller I'll bring her

15   home.  And that's exactly what he does.  He picks her up and

16   the first thing they do is they go to the Sportsplex.  And

17   then he drives her from New York State to Pennsylvania.

18   That's a federal crime.  He transported that kid across state

19   lines for his own sexual intent of having a sexual act

20   committed.

21                   Now, he would like you to think if something

22   happened it was just one big coincidence.  Oh, yeah.

23   Mr. Broxmeyer, it's one big coincidence that every teenage

24   girl you come in contact sends you a picture of breasts and

25   vagina.  It's just one big coincidence that you abuse Kayla

Government - Summation

1    Mueller when she's being transported in interstate commerce.

2    This is all one big coincidence according to this man.  I'm

3    sorry.  We bother you.

4            What does he do with Kayla before she comes

5    up?  Sends her the erect penis photo.  I think he should

6    write a book how to win the hearts and minds of teenage girls

7    with a penis because that seems to be his stick.  Hey, let me

8    do this.  Hey, let me send you this.  When you look at him

9    after you've read his book, he's an open book, but these are

10   teenage girls that he's working on.  They didn't quite see

11   that table of contents in the book.  They couldn't figure him

12   twenty years from now.  They'll look back and they'll have

13   figured him out very well.  But you know what, folks, you're

14   not teenage girls, 15 through 17.  I think you're smarter

15   than that, and I think you can figure him out really well.

16           Sends her the erect penis.  What does Kayla

17   tell you?  He asked her, I sent you one, you send me one.

18   Sound familiar?  Monica, Katie.  Katie Thorp testified.

19   Katie Thorp and Monica Gombita almost identical.  Katie Thorp

20   playing at Whitney Point thinking about practice sessions.

21   Makes her feel good.  Katie told you, I felt special.  He

22   made me feel wanted.  Tells her she's got a good body,

23   athletic body.  Same as with Monica.  What's he doing?  He's

24   using her.  He's laying the ground work to persuade her to do

25   what he wants done.  What does he do?  He sends Katie Thorp a

Government - Summation

1   picture of the erect penis.  What is that again?  Hey, Katie,

2   this is what I'd like to do.  I've sent you one, now you send

3   me one.  He doesn't have to say what kind of picture he

4   wants.  He says it all with pictures.

5            She sends him a picture first of her in her

6   underwear.  And I submit to you that's attempted child

7   pornography production.  He wants a naked picture of her.

8   How do you know that?  I'll talk to you in a minute about

9   these text messages and you'll hear from Mr. Broxmeyer

10  himself what he wants.  Then he convinced her to send the

11  picture of her with her finger in the vagina.

12           I took the liberty of putting tabs on what I'm

13  going to read just so I can find it so I don't waste too much

14  of your time here this morning, but I'd like to read to you

15  just a few of the texts that this man sent to Katie Thorp in

16  the texting.  Now, remember, Mr. Denton described the

17  originator DN and then the terminator DN, so when you look at

18  this, you will see originator DN and then terminator DN.

19  Originator is the sender.  Terminator is the phone that's

20  receiving the text.  And then right below that is the text

21  message.

22           Now, (570)574-7772 is Mr. Broxmeyer's

23  cellphone.  How do you know that?  Well, here's his Verizon

24  Wireless subscriber information.  Jason Ellis testified

25  that's his phone number.  Verizon tells you that's his phone

1  number.  Mr. Broxmeyer sending to Katie Thorp.  You have no

2  idea, I wanted this texting to be about naked pics, not this.

3  I submit, naked pics is naked pictures.  Mr. Broxmeyer to

4  Katie Thorp.  So, what do you think of the pic?  He sent her

5  a picture on this date.  He then sends her the next text

6  message, Broxmeyer to Katie:  Good, I'm glad you like it.

7  Mr. Broxmeyer to Katie again:  Maybe I can get one in return

8  later.  Mr. Broxmeyer again later same date:  So will I get a

9  payback pic?  Mr. Broxmeyer again to Katie:  Are you going to

10 be nice or make me beg for a payback pic?  He's begging for a

11 picture from her.  Mr. Broxmeyer to Katie:  Oh, boy, and it's

12 when I believe in you.  Oh, boy, have her take of pic of you

13 for me.  Mr. Broxmeyer to Katie:  Come on, or the two of you

14 with one together.  Mr. Broxmeyer to Katie again:  So send

15 yours, please.  At least he said please this time.  Katie to

16 Mr. Broxmeyer:  What are you talking about?

17         And if you read a couple of the texts right

18 before then, I didn't go through all of them, he's telling

19 Katie about a picture of her that he has.  Mr. Broxmeyer to

20 Katie:  You fingering yourself.  Picture that's in evidence

21 of Katie with her finger in her vagina.  Katie asks

22 Mr. Broxmeyer:  Did you delete it from your phone?  Katie

23 asks him again:  Where's it saved?  And you can't make this

24 stuff up, but Mr. Broxmeyer does everything but tell us

25 everything in some of these text messages.  Mr. Broxmeyer

Government - Summation

1   says to Katie, after she asks him where did you save it, he

2   says to her, Pix Place through my Verizon account for my eyes

3   only.  Mr. Broxmeyer to Katie:  No worries, I just heard

4   about it.  The question still is, where is my payback pic

5   from Katie?  How many times has he asked her now for a

6   picture of her?  Katie, I don't know.  I don't know.

7   Mr. Broxmeyer says to Katie, and it's clear from when you

8   read the text before, she sent him a picture and he says that

9   is hot.  But now one with the same pose but no clothes.  I'm

10  not saying this.  This is what Mr. Broxmeyer is saying to

11  Katie.  Mr. Broxmeyer to Katie:  Why are you being so

12  difficult?

13          He's not openly persistent, but he's very,

14  very good at this.  Katie sends back to Mr. Broxmeyer:

15  Because I'm with my family.  Mr. Broxmeyer doesn't let a

16  little family interrupt his sexual prowess, so go to the

17  bathroom he texts back to her.  Katie to Mr. Broxmeyer:

18  There's no bathroom in the car, you dork.  You said that I

19  didn't.  Here's the best one.  And you know what, if this

20  wasn't in print and I was sitting here even telling you about

21  this, you'd say, you know what, Mr. Lovric, you've been

22  working a little too hard.  Katie says to Mr. Broxmeyer,

23  there's no bathroom in the car, you dork.  What does he say

24  to her?  See it as a challenge.  You remember that challenge

25  word.  Alesha Widdall, he would call that a challenge.  He

Government - Summation

1    would ask to get a boob picture.  See it as a challenge.

2    Mr. Broxmeyer is better than an expert.  He has perfected

3    predatory practices.  He has perfected being a sexual

4    predator of teenage girls.  There is an award you can give

5    him, and you can give him, and that award is called guilty on

6    all counts, because he deserves an award for what he did and

7    how he did it to these girls.  See it as a challenge.  Well,

8    I submit to you folks, why don't you see this as a challenge

9    and send a challenging message to Mr. Broxmeyer.

10                   Mr. Broxmeyer:  When you get there, when you

11   get where you're going.  Wants her to send him a picture when

12   she gets where she's going because she's not going to do one

13   in the car.  He asks her:  Where are you going?  Katie

14   responds:  Mall eventually.  I don't make this stuff up.  You

15   can read it.  Mr. Broxmeyer to Katie:  Huh huh, funny.  Come

16   to the Sportsplex and we can play naked field hockey after 7.

17   I just don't know what to say to that.  I really don't.

18   Grown man, trying to entice a 17-year-old kid four days

19   before Christmas when she's going to the mall, probably

20   Christmas shopping, to come to the Sportsplex to play naked

21   field hockey with him.  Katie being the more adult:  I have

22   too much shopping to do, texts back.  Mr. Broxmeyer being the

23   true gentleman that he is texts back:  You're no fun.

24                   You wouldn't believe that unless you read it

25   and saw it in text message records.  And these are just some

Government - Summation

313

1    of the records that were able to be recovered.  But you can't

2    make this stuff up, and I said to you in the beginning I

3    can't explain that man.  I still can't explain him to you.

4    But what he did here is he used every one of these girls in

5    every way.

6              If you want to look into the mind of

7    Mr. Broxmeyer, take a few moments to look at his albums and

8    take a look at these photographs.  Now, when I went through

9    this trial and, you know, to tell you just, you know, very

10   briefly, I was trying to figure out a way before we started

11   this trial how to present these pictures because I have to

12   present them.  I have to show them to you and I really do

13   apologize the fact that we had to put them on a screen and

14   show these very demeaning pictures of real human beings and

15   real girls.

16             And you know what?  That is about as demeaning

17   as we can be when we have to publish these things, and I

18   apologize, but unfortunately, there is no other way in the

19   criminal justice system.  You have to see these because you

20   have to be the one who decides are these child pornography or

21   not.  I submit to you they are, but I'm not on a jury.  So I

22   tried to figure out the best way, and this is about as best I

23   can come up is put them in these books.  I showed you a few

24   that I had to show you.  There are hundreds of child

25   pornography images that came off his Gateway computer.  You

Government - Summation

1    can look at those, you can look at pictures that came off his

2    cellphone.  On his cellphone, actual cellphone he had that

3    Brittany Branco photo and then the ever-recuring penis photo.

4    In his Pix account we saw most of those.  It's all vaginas

5    and breasts.  And when you look at the pictures in this

6    Gateway computer and on his Compaq, that's all you're going

7    to see.  He has pictures of teenage girls.  You can look at

8    these girls and, quite frankly, you're more capable than

9    anybody in determining do these look like teenage girls or

10   not.

11            And I submit to you when you look at some of

12   those pictures on his computers, it looks like 15, 16,

13   17-year-old girls.  Oral sex, anal sex, sexual intercourse,

14   breasts, vaginas, he loves cameras in showers.  You'll see on

15   there other pictures where there's a girl taking a picture

16   through the mirror of herself in the shower naked fondling

17   herself.  One of the pictures, if you remember Jim Thompson

18   talked to you about, he was able to go back and find what

19   kind of pictures Mr. Broxmeyer was viewing and perhaps

20   downloading, even though they may have not been on a computer

21   anymore.  And that's the very first picture in exhibit 3.

22   It's four teenage kids in the shower cupping their breasts,

23   naked otherwise.  And you know what?  Look at that thing.

24   They look like they're 11 years old.  Look at all these other

25   pictures.

Government - Summation

1          My point to all of this is:  Remember I said

2    to you when the world is not watching, your actions speak

3    louder than any words or any texts that you put out there.

4    Well, Mr. Broxmeyer's real world intent is in these books,

5    because he never dreamed that anybody, let alone a jury in a

6    courtroom, would ever be looking at these, but this tells you

7    what he's interested in.  This tells you what he likes.  This

8    tells you what he wants.  Take a look and see how many family

9    photos you can find in there.  His actions in his private

10   little perverse sexual world speak louder than all the words

11   that I can put together or anybody else can put together.

12          The charge in this case, Count One and Two

13   charge production of child pornography.  And the Judge will

14   give you the law.  Counts One and Two relate to pictures 1

15   and 2 that are found in Exhibit 1.  And they're the two

16   pictures of Alesha Widdall.  The two pictures that she took.

17   The two pictures that were sent to Mr. Broxmeyer.  The two

18   pictures that show her in explicitly sexual conduct.  One she

19   has her fingers up her vagina, and those are two pictures

20   that when you listen to the law, doesn't even have to be

21   proven.  It's for the purpose.  He used, enticed, persuaded

22   Alesha Widdall to engage in sexual conduct for the purpose of

23   producing.

24          But even though it's not required that -- if

25   these pictures had never been found, you could still be able

Government - Summation

316

 1    to convict him.  If these pictures had not come out, she took

 2    them and the camera misfired for some reason, you would be

 3    able to convict him.  But there they are, and they speak for

 4    themselves.

 5              And I submit to you, when she sent those

 6    photos to him and when he saved them to his Pix account, he

 7    was using her, minimally using her.  Beyond that, persuading,

 8    enticing, inducing absolutely.  Alesha Widdall may not think

 9    so but Alesha Widdall doesn't answer that question, you do.

10    It doesn't matter if she thinks she voluntarily sent those.

11    Voluntariness has nothing to do with it.  Did he, did his

12    actions, not hers, did his actions violate the law?  Did he

13    use her?  Did he entice or persuade or induce?  And you can

14    use the regular definition of those terms.

15              Count Three, attempted production.  Take a

16    look at Katie Thorp's picture in the underwear.  What is he

17    doing when she sends him the underwear picture?  He's begging

18    for a photo.  He's begging her.  He's begging her like the

19    dog he is.  He just wants.  Where's my pic?  Are you going to

20    send it to me?  What is it that he wants?  He says what he

21    wants.  Yes, but now without the clothes on.  Are you going

22    to send to me are you going to make me beg?  On and on and on

23    it goes.

24              That's attempted production of child porn.

25    She's 17 years old.  He's begging for pictures, he's begging

1  for pictures from her.  He begs for pictures from Monica.  He

2  begs for pictures from Kayla.  He didn't have to really beg

3  from Alesha because she was able to do it very quickly and

4  very, very subtly because Alesha was ready, willing and able

5  to do what he wanted done.  Again, it's his conduct, not

6  hers.

7          Count Four, the transportation of a minor.  He

8  transported Kayla Mueller from New York State to

9  Pennsylvania.  That's interstate transportation.  What was

10  his intent?  I submit to you when you look at that, you look

11  at everything else that's going on around, he had her

12  transported, and he transported her back so he can have a way

13  with her without anybody there to interfere.  Feeling very

14  confident that he could keep her quiet, just like he kept the

15  others quiet.

16          And something interesting that Lance Mueller

17  testified about.  Remember those phone records?  Text

18  messaging December 9, 160 messages from Todd Broxmeyer and

19  thereafter.  What's going on there?  Todd Broxmeyer is not

20  stupid.  He wants to make sure Kayla doesn't tell anybody.

21  Not only does he tell her not to tell anybody, but he's going

22  to work his magic.  He's going to get her to stay quiet.  And

23  you know what?  It worked for a long time.  And when does

24  Kayla Mueller tell her family what he did to her?  On

25  Christmas Eve.  I'd like you folks to think about the amount

Government - Summation

318

1   of courage that it took for Kayla Mueller on Christmas Eve to

2   tell her mother and father that he had her perform oral sex

3   on him.

4           The possession count.  There's really no question

5   when it comes to possession of child porn.  Everything he had

6   that he possessed, whether physically or in the Pix account,

7   and the Judge will tell you what possession means, but

8   there's no question he possessed child porn.  He possessed

9   all the photos sent to him by the girls on his phone.  He

10  then possessed them when he saved them to his Pix account.

11  He then possessed the computers that had all the child

12  pornography on them.

13          Remember I mentioned the iPod?  As I said to you,

14  there's a good reason I didn't introduce those videos.  First

15  of all, I didn't think it was necessary.  I thought it was

16  degrading to watch Mr. Broxmeyer perform oral sex on a girl.

17  I had Jason Ellis tell you about what he viewed, and the

18  importance of that is in one of the videos you can see

19  Mr. Broxmeyer's face in between the girls' legs at least

20  performing oral sex on her and his face pops up, and Jason

21  Ellis told you it's clear that's Mr. Broxmeyer.

22          Mr. Broxmeyer loved videotaping, photographing.  He

23  loved the visual trophies.  How do you know that?  Well,

24  there they are.  There's all his trophies.  And they're in

25  the form of pictures, in the form of videos, and they tell

Government - Summation

319

1    you everything you need to know about who this man really is.

2           Mr. Broxmeyer is a child predator.  He may not

3    think so but, quite frankly, I really don't care what he

4    thinks.  He is a sexual predator.  He preys on teenage girls.

5    He manipulates them.  And he's able to do it extremely well.

6    But you know what, folks?  You can put a stop to that.  You

7    can stop this sexual predator and stop him in his tracks, and

8    the way you can do that is you can bring back and give him a

9    challenge.  Bring back a guilty verdict on each count and

10   give him the challenge, go and serve your time for all the

11   things that you've done to these girls.  And he deserves it.

12   He deserves everything he has coming to him.

13          And I'm not so sure that that's going to be enough

14   to put these girls' lives ever back on track.  I'm not so

15   sure that anybody can and, unfortunately, the criminal

16   justice system doesn't always have the capability of bringing

17   true justice to a victim.  And all these girls are victims,

18   Alesha Widdall and the rest.  We do the best we can.  We do

19   the best we can to bring some peace and some finality to a

20   victim's harms.  And in this case, like in all cases, the

21   best you can do is to have him found guilty and have him pay

22   for his crimes.

23          So, I ask when you deliberate, go back to the jury

24   room, put on your common sense.  And I'm asking you to find

25   him guilty of all the counts.

Government - Summation

1          THE COURT:  Thank you, Mr. Lovric.  Ladies and

2    gentlemen, we're going to take a break now.  See counsel over

3    here at side-bar.

4              (Jury excused).

5          THE COURT:  It's noon.  Miro gave, of course,

6    his briefest summation possible, but for you to start now,

7    and their lunch is coming at 12:30, what do you want to do?

8    You can do it or you can wait until after lunch so the thing

9    isn't broken, or you can give half before, half after.

10             MR. KILKER:  Why don't we wait until after

11   lunch?

12             THE COURT:  After lunch.  Okay.  I'll go back

13   with the stenographer and tell the jury the lunch is coming

14   at 12:30, we didn't want to start another long procedure at

15   this point, and you can sum up after.

16             MR. KILKER:  That would be great.

17             (Jury Room).

18             THE COURT:  Okay.  We've decided to hold off

19   on summations until you've had your lunch, which will be here

20   shortly.

21             (Lunch break taken)

22             (Jury present).

23             THE COURT:  Okay.  Mr. Kilker, are you ready

24   to give your summation to the jury?

25             MR. KILKER:  Yes, your Honor.

Mr. Kilker - Summation

1          THE COURT:  All right.  You may do that.

2          MR. KILKER:  Thank you, your Honor.  May it

3  please the Court, counsel, good afternoon ladies and

4  gentlemen.  Hope you all enjoyed your lunch.

5          Before I jumped into my summation, I just want

6  to take a minute and say thank you to all of you.  I know

7  you've had to take time out of your lives to be here today,

8  and that certainly is something that we appreciate.  Without

9  your help we wouldn't be here to reach the bottom line here,

10  that's the facts of the case.  That's why we need you.  We

11  need you to determine what the facts are.  So we truly

12  appreciate your participation and your serving as jurors in

13  this case.

14          Now, when the government gave you their

15  inflammatory comments and prejudicial opinions, that wasn't

16  evidence.  So, too, what I say is not evidence.  The

17  evidence, as you know, comes from the witnesses and it comes

18  from the documentary items that have been introduced.  But

19  not all of that is relevant and I'm going to caution you

20  about that.  What do I mean by that?  Well, we're going to

21  run through the charges here and we're going to run through

22  each count of the indictment and I'm going to show you what

23  it means to be relevant and irrelevant.  What is important,

24  what should you focus on what should you cut out, cut the fat

25  out, don't focus on those things that really have no bearing

1    on the element of the charges.

2              The prosecution has introduced a number of

3    photographs and a number of things in an effort to show that

4    Mr. Broxmeyer somehow has the propensity or proclivity that

5    he enjoys young women, that's solely presented to you to

6    inflame your opinions, your ideas, your thoughts, to shade

7    you and to misguide you from the facts in this case and from

8    how they fall into the elements.  You may not like

9    Mr. Broxmeyer.  You may even despise him.  You may have

10   emotions that have been stirred up in you that you really

11   have an opinion about who he is and what he's like.

12             But as jurors, your sworn duty is to set those

13   opinions, those feelings aside.  If you recall, during the

14   jury selection we talked about that.  And you were picked for

15   a reason.  You were picked for your ability to be fair, to be

16   able to identify what is relevant, what the evidence is, and

17   for your intelligence in being able to apply the facts as you

18   see them here to the law.  And that's very important and your

19   duty is very serious.

20             Here your obligation isn't to replace the law

21   with your personal opinion, or your view or the public's view

22   even of what should the outcome be.  You have to determine

23   the facts as you see them only as they relate to these

24   charges.  Save it for another day that there may be other

25   charges out there, but that's not for you to decide.  You're

Mr. Kilker - Summation

1   not to decide each and every possible case or each and every

2   possible crime that might exist as a result of the evidence

3   presented for you.  Your job is to sift through the evidence

4   as it exists before you and to take only that evidence that

5   supports the charge or doesn't support the charge.  And when

6   you do that, you're going to find that there's problems with

7   the government's case.

8           As jurors you've promised to keep an open

9   mind.  And in the beginning of this case you were asked to

10  keep an open mind, and you were told that as Mr. Broxmeyer

11  sat in at the beginning of this case, he sits there an

12  innocent man, and he does so unless and until you're

13  convinced beyond a reasonable doubt that the government has

14  proven each and every element of the crimes beyond a

15  reasonable doubt.

16          Now in this particular case we have five

17  counts.  What does that mean?  Well, that's five separate

18  charges.  Each one of them has separate elements and each one

19  of those elements you're going to have to look to see whether

20  the evidence as it's been presented to you by the prosecution

21  supports that.  What do I mean by that?  Well, I'll show you

22  an example of what's not relevant.  We've got a book --

23  Government's Exhibit Number 3, and that's full of stuff.

24  That's inundated with photos.  That's got all kind of stuff

25  in here, pictures of girls, women.  God knows what else in

Mr. Kilker - Summation

1   here.  And that apparently came from Mr. Broxmeyer's

2   computer, but it's not relevant.  This isn't relevant or

3   material to the charges.  Everything that's in here doesn't

4   have anything to do with the charge that we're going to talk

5   about.  It's simply meant to show you that Mr. Broxmeyer has

6   the proclivity.  That's not the proper use of this evidence.

7   The proper use of this evidence is to discard it because it

8   doesn't matter.  It has no bearing on the elements.

9             I'm going to show you what does have a bearing

10  on the elements in just a minute.  The burden of proof always

11  stays with the prosecution.  It never shifts to Mr. Broxmeyer

12  to prove his innocence.  Therefore, you can't look to him to

13  testify and he didn't testify.  Why is that?  Because the

14  burden is always here.  It always stays here.

15            In this particular case there was a lot of

16  information, a lot of testimony that was meant to distract

17  you and possibly confuse you.  Well, we're going to refocus.

18  We're going to refocus on the elements and we're going to

19  refocus on what evidence does or doesn't support the charges.

20  You cannot speculate on any of the facts here, and that's

21  what the government is asking you to do.  In large part

22  they're asking you to speculate on Mr. Broxmeyer's motive.

23  On his intent.  On his character.  On all these things that

24  you've heard nothing about.  You're also asked to speculate

25  on certain facts.  You're not permitted to speculate.  What

Mr. Kilker - Summation

1   you have to do is base your opinion on the facts, on what is

2   admissible and relevant.

3           Admissible evidence doesn't necessarily mean

4   that it's relevant to this case, such as this.  This is not

5   relevant.  That has no bearing on whether or not the elements

6   of Charge One, Two, Three, Four and Five are met.  That's

7   just extra stuff.  And it was introduced to you to get you

8   inflamed.  But let's get back.

9           There are other distractions here, not just

10  this.  Monica Gombita is a distraction.  Why is she a

11  distraction?  She doesn't fall within any one of the elements

12  of the charge, and I'll explain to you why in a minute.

13  Brittany Branco, she's a distraction.  Why is she a

14  distraction?  Again, she doesn't have anything to do with the

15  charges that you have to deal with.  She's simply offered to

16  inflame or show propensity.  But neither one of those have

17  anything to do with any of the charges that we're going to be

18  talking about.  So, when we go through this process, keep

19  that in mind that there's a lot of evidence that really isn't

20  evidence, a lot of things that had been admitted that have no

21  relevance to the charges or the elements that you have to

22  deal with.

23          Now, you could fall into the trap of saying,

24  well, you know, we heard the government's argument that

25  Mr. Broxmeyer is a pedophile, a predator, and you listened to

1    those terms and you get inflamed and you form opinions in

2    your head.  Well, those are the very opinions that you have

3    to put out of your head.  The very opinions that you cannot

4    let interfere with their application of what is before you,

5    and that will be the proof and the application of the law as

6    the Judge gives it to you.  You cannot displace either one of

7    those.  You cannot say, okay, well, I do have an opinion

8    about this whole thing and, therefore, I'm going to ignore

9    the evidence or ignore the law and convict him because we

10   just think that based upon the totality of the things we

11   heard, he's got to be guilty of something, so let's just take

12   care of it now.  Can't do that.  That's not your job.  That's

13   why your job is difficult.  Your job is difficult because you

14   have to sort that out, put it aside and then look to what it

15   is that exists.

16            So, that's what we're going to do.  We're

17   going to run through the elements of the charge and I'm going

18   to show you why several of these it's very easy to decide

19   that Mr. Broxmeyer is not guilty.  I'm going to begin with

20   Count One.  And Count One involves Alesha Widdall, so does

21   Count Two.  Doesn't involve anybody else.  You've heard a lot

22   about production of child pornography.  And what that is,

23   it's and underage minor, less than 18, that the defendant

24   knowingly, willfully employed, used, persuaded, induced,

25   enticed, or coerced that minor, whose identity is known --

Mr. Kilker - Summation

1   here, of course, is going to be Alesha Widdall -- to engage

2   in sexual explicit conduct for purposes of producing visual

3   depictions of such conduct, and said visual depictions were

4   produced using materials that had been mailed, shipped,

5   transported in interstate or foreign commerce by any means.

6           Now, we've heard a number of other photographs

7   that were allegedly produced but we're only talking about

8   two, two photographs, and I'll show them just so you know

9   what we're talking about.  As it relates to the charges,

10  there's only two pictures.  Counts One and Two.

11          Count One is a picture of Alesha which you've

12  seen before.  Photo number 1.  This is Count One.  Alesha in

13  the shower.  All right.  This is number 2.  And I'll talk

14  about these together.  Also Alesha in the shower but a

15  close-up.  Just so you're aware of what photos we're talking

16  about.  None of the other photos, none of them in this entire

17  case constitute Count One, Two.  So we're only talking about

18  these two photos and we're only talking about Alesha Widdall.

19  Okay.

20          Now, what are the elements that have to be met

21  in order for you to find the defendant guilty of production

22  of child pornography?  Well, you have to find that a minor

23  was involved.  We know a minor was involved, she was 17 by

24  operation of law, she's not 18, so we know that.  Here's

25  where we have a problem.  The problem comes in that the

Mr. Kilker - Summation

328

1   defendant used, employed, or otherwise coerced Alesha

2   Widdall, persuaded, induced or enticed her to engage in the

3   conduct for purposes of producing those pictures.  In other

4   words, that he took affirmative acts to get her to send those

5   two pictures, Counts One and Two, of just those two pictures.

6               And what did Alesha Widdall tell us?  She told

7   us a whole lot, didn't she?  She took the stand and she was

8   very candid.  She was very candid about the relationship that

9   took place.  She wasn't hiding anything from you.  Counsel

10  would have you believe she's a naive young girl, apparently

11  not worldly enough to know what she wants.  Well, she seemed

12  to know what she wanted when she was on the stand, what she

13  wanted when she was participating in the sending of the

14  photographs.  And whether or not she has some propensity

15  later in life that she's going to have counseling necessary,

16  that's irrelevant.  It's speculative and it doesn't have

17  anything to do with the charges.

18              So, let's get back to Alesha.  When we talked

19  to Alesha, she was very up front about what she said she was

20  involved with.  She said, and the government had asked, you

21  know, initially, who made the first move?  Then it was who

22  made the first physical move.  The first move was made by

23  Alesha, as she testified to.  That she was texting him over

24  and over, making sexual innuendoes, sexual comments, and she

25  did it on a repeated basis.  First she said it rolled off of

Mr. Kilker - Summation

1    Todd's back but eventually she began texting him sexually and

2    he began texting her back.  She finally began sending photos

3    of herself.  And the photos that are in Exhibit 12 and

4    Exhibit 2 were sent voluntarily, as she said, and the

5    prosecution says, well, voluntariness has no relevance.

6              One; voluntariness has every relevance.  It

7    has every relevance here because it explains how they ended

8    up on Todd Broxmeyer's telephone.  How else would they get

9    there if she didn't send them and she sent them voluntarily?

10   She didn't say she was induced, we went through them all,

11   coerced.  She wasn't in any way threatened.  She wasn't used.

12   The prosecution says she was used.  I asked her did she feel

13   exploited.  No.  Did she feel used?  Same idea.  No, she

14   didn't, she was a willing participant.  And these two photos

15   were sent.  And were they stored in the Pix Place?  Sure.

16   We're not even arguing that the materials used were shipped

17   or transported in interstate commerce.

18             So really that makes it easy for you.  You

19   just look did the defendant knowingly and willfully employ,

20   use, persuade, induce or entice Alesha Widdall into sending

21   those sexually explicit, if you determine to be sexually

22   explicit, photos.  Now, the prosecution also would like you

23   to believe that simply because Mr. Broxmeyer was a coach,

24   that that authority alone gave him some sort of power over

25   the girls.  What did the girls tell you?  They said they

Mr. Kilker - Summation

330

1   liked it.  They were having fun.  They were sending the

2   pictures because they were having fun.  They liked being told

3   that they were pretty.  They enjoyed sending photos,

4   especially Alesha.  In fact, she even engaged in this

5   so-called contest of which Todd didn't request specific

6   photos, simply that contest was a challenge, as the

7   prosecution put it, to Alesha to see if she'd send whatever

8   she wanted to send him.  She said she considered that he was

9   requesting adult photos.  He never said that he was looking

10  for pictures of minors or children or kiddie porn or anything

11  of that nature.

12          And the photos that we have in these exhibits,

13  Exhibit 3, all of those photos you don't have an identified

14  minor.  In fact, they're adults.  They're not identified

15  people at all.  And it wouldn't matter anyway because this

16  doesn't have anything to do with the charges.  But what are

17  we looking at that for?  Did he ask for the photo from Alesha

18  Widdall?  No.  That's photo 1.  And then photo 2, did he ask

19  for that one?  No, but she sent them anyway.  That is the

20  charge.  That's Charge One and Two.  Not anything else, so

21  keep your focus on those two photos.

22          And go back collectively when you decide

23  whether or not there was an enticement or coercion and

24  remember how she testified.  She was very candid.  She got up

25  here and she said over and over I did it because I wanted to.

Mr. Kilker - Summation

1    I did it voluntarily.  He didn't make me do anything I didn't

2    want to do.

3              Now, the prosecution says when she sent him a

4    photo of Brittany Branco, she was -- felt like she had done

5    something right.  Well, that could be taken a number of

6    different ways.  She's been challenged to do something.  She

7    thought she accomplished whatever goal she set out to do and

8    sent it to him.  Not at his request, but she thought that she

9    had done something right because she met her challenge.

10             And Brittany Branco, the purpose of her in

11   this particular case is to show what?  Well, the prosecution

12   would like you to believe that he was soliciting photographs

13   through Alesha so that he could get these pictures of young

14   girls for his own personal enjoyment.  But that's not really

15   what the evidence shows, because Alesha told you she went and

16   got it on her own and that Brittany Branco sent it to her.

17   And that picture of Brittany Branco, you remember, is whip

18   cream.  It's whip cream or saving cream, but she's covered

19   more than most girls on the beach with a bikini.  Is that

20   lewd and lascivious?  That's for you to decide.  But it's not

21   in the charges.  So, when you're looking to the charges on

22   Counts One and Two, you're only looking at these two pictures

23   of Alesha Widdall, nothing more.

24             How about attempted production?  That would be

25   Count Three.  Attempted production of child pornography in

Mr. Kilker - Summation

1   Count Three charges Mr. Broxmeyer that:  Between in or about

2   January of 2007 through December of 2007, the defendant, Todd

3   Broxmeyer, did knowingly and willfully attempt to employ,

4   use, persuade, induce and coerce a minor, whose identity is

5   known to the grand jury, to engage in sexually explicit

6   conduct for purposes of producing a visual depiction of such

7   conduct and said visual depiction was produced using

8   materials that had been mailed, shipped, transported in

9   interstate and foreign commerce by any means, in that, during

10  that same time period, the defendant, Todd Broxmeyer,

11  attempted to employ, use, persuade, induce, entice, coerce a

12  minor female to create and produce a photograph of herself

13  engaged in, quote, sexually explicit conduct where the minor

14  female created and produced a photograph of herself wearing

15  only her underwear, with the use of a camera which was

16  manufactured outside of New York State.

17              Who's that?  Let's take a look.  That's her.

18  Kayla Thorp -- Katie Thorp.  That's the picture.  That's the

19  count.  Now the question becomes:  Is that sexually explicit

20  conduct?  Did he entice her to engage in sexually explicit

21  conduct?  I urge you to look also when you're looking at the

22  photographs, to check the dates when these things were

23  received.  If you recall, the Verizon expert testified that

24  there's a stamp on the photo as it comes through and that

25  stamp indicates when that photo is posted to the Pix account.

Mr. Kilker - Summation

333

1   Here 11/17/07, and we had some testimony from Miss Thorp that

2   there was pictures that were taken in December.  But again,

3   as you go through and you look at those pictures, determine

4   for yourself based upon the stamp when they must have been

5   stamped.  Sent some time before December.

6                Why is that important?  Well, the prosecution

7   has introduced some text messages that suggest that

8   Mr. Broxmeyer was encouraging Miss Thorp to send her a

9   photograph.  Those have nothing to do with these photographs.

10  There were no texts or pictures that were sent on December 21

11  such that they resulted in a photograph whatsoever.  The

12  prosecution says we don't have to produce photographs to show

13  attempted production of child pornography, it's simply the

14  act of getting her to do that.  If they have a photograph of

15  her in her underwear and she testified that she sent them

16  voluntarily, and while Mr. Broxmeyer may have asked at one

17  point for a return photo, the question becomes did he take

18  substantial steps to persuade, induce or entice her into

19  sending nude photos of herself back on the date when this

20  photo was taken.  That's for you to decide.  Collectively.

21                What steps were taken?  Do you remember her

22  testimony?  Recall her testimony.  Share your thoughts and

23  your notes with each other and determine whether or not back

24  on the date in November or earlier whether those text

25  messages that were sent or the phone calls that have been

Mr. Kilker - Summation

 1   made, we don't have them.  We don't have those.  We don't

 2   have any audios or taped recordings or anything relating to

 3   those particular attempts, as the government would have you

 4   believe, to get pictures out of Miss Thorp.

 5           Monica Gombita is not part of this indictment.

 6   And the photograph which you saw of her in her underwear, her

 7   testimony here, it's all superfluous.  Doesn't have any

 8   direct bearing on the elements of whether or not on a

 9   particular occasion Mr. Broxmeyer attempted to possess or

10   produce child pornography.  Child pornography in Count Three

11   being picture of Miss Thorp.  Keep those in mind as you're

12   going through your deliberations because we're talking about

13   a limited amount of evidence, very limited amount.  Not just

14   overall this picture, not this umbrella of pedophilia, this

15   umbrella of perpetrator that's committing all these violent

16   acts against young ladies.  These are specific charges for

17   which specific evidence has to support and it's up to you to

18   decide whether that supports it.

19           How about Count Four?  Count Four is -- deals

20   with Kayla Mueller, and you recall her testimony.  She's

21   obviously in tears up here.  Scared probably her first time

22   in court.  Very emotional.  And that charge charges that:  In

23   or about December of 2007, in the Northern District of New

24   York and elsewhere, defendant, Todd Broxmeyer, knowingly

25   caused a minor whose identity is known to the grand jury, we

Mr. Kilker - Summation

 1   know it is Miss Mueller, and who's at the time under the age

 2   of 18, to be transported in interstate commerce from the

 3   State of Pennsylvania into and through New York State, and

 4   then back again from New York State to Pennsylvania, with the

 5   intent that the minor engage in sexual activity for which

 6   conduct defendant can be charged with a criminal offense

 7   pursuant to said state statutes.

 8              Well, how do we know what happened in December

 9   of 2007?  We have a pretty good idea because Kayla Mueller

10   testified, her father testified, and what her father said,

11   Lance Mueller, is that on a regular basis he would bring

12   Kayla Mueller up for practices.  Practices that he knew were

13   run by Mr. Broxmeyer.  Practices that he took his daughter to

14   that were run by Mr. Broxmeyer, and then normally he or her

15   friend's mother would take the child back to Pennsylvania.

16   There came a time in December, that was going to be on

17   December 10, and their nine-year-old was going to have First

18   Holy Communion, so there was a problem to get Kayla back to

19   Pennsylvania.  The plan was always, had been that the father

20   would transport the child, Kayla, up to the practice.  Kayla

21   would then go stay with Jackie Bendick and then they make

22   arrangements either to meet or get her back to Pennsylvania.

23              So, what do we know?  We know that, number

24   one, Kayla begged to go to practice.  She wanted to go to

25   practice.  In fact, her father said it was important to her

Mr. Kilker - Summation

336

1   so he was going to make sure she made her practice.  That was

2   the purpose of her coming up.  The purpose of her being in

3   New York State was not to engage in any sexual act with

4   Mr. Broxmeyer or anyone else.  It was to go to hockey

5   practice.  This isn't a case where Mr. Broxmeyer calls Lance

6   Mueller and says, listen, you know, I'd like you to bring her

7   up and I'm planning on having sex with her and then I'll

8   bring her home.  This isn't a case where prostitutes are

9   crossing state lines or people are using young children

10  crossing state lines for purposes of prostitution.  Testifies

11  nothing like that.

12          What happened here is that there was a

13  practice.  Kayla Mueller wanted to go.  Her father wanted her

14  to go to Todd's practice and she went.  Simple as that.  Then

15  on the following day, or at least on that Saturday, Kayla

16  tells us that, well, I mentioned that I -- my parents

17  couldn't come and get me and they asked if Todd could give me

18  a ride home.  Not a problem.  He's going down the next day

19  for practice in New Jersey.  Running right by the house, as

20  Mr. Mueller told you.  No big deal.  Made sense to him.  And

21  why not?  He entrusted his daughter with Mr. Broxmeyer and

22  they went.

23          Now, Miss Mueller says that they engaged in

24  oral sex at the Sportsplex shortly after he picked her up at

25  7:30 in the morning.  Yet when she returns to Pennsylvania,

VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT

Mr. Kilker - Summation

1    she continues texting and talking to Mr. Broxmeyer.  And I'm

2    not going to get into whether she was -- she was or wasn't

3    engaged in a sexual act with Mr. Broxmeyer.  What I'm

4    focusing on here is the fact that there was no intent for

5    that child to be transported from Pennsylvania in and through

6    New York for the purposes of having sex and then returning

7    back to Pennsylvania.  It doesn't fit the facts.  The law

8    simply doesn't support it and the facts certainly don't.  The

9    only purpose that she was up here was for field hockey and

10   there's nothing, despite the government's effort to have you

11   believe otherwise, to suggest that Mr. Broxmeyer intended to

12   transport her for purposes of having sex.

13            It's not like Mr. Broxmeyer and Mr. Mueller

14   conspired to have this child come up and knowingly made some

15   overt advances toward her.  That would be ludicrous.  And

16   there's no testimony to suggest that.  Obviously, her father

17   transported her for one purpose alone and she was transported

18   back.  But that transportation purpose of being transported

19   was not sex, but indeed practice.  And Mr. Broxmeyer simply

20   took her back to the house, back to her own home.  That is

21   not coming from the State of Pennsylvania into and through

22   New York State and then back again with intent that the minor

23   engage in sexual activity.  That is not a federal violation.

24            Finally, Count Five, possession of child

25   pornography.  Child pornography has a specific definition and

Mr. Kilker - Summation

338

 1  the Judge is going to give you that definition.  And

 2  obviously, you're going to have to listen very close to what

 3  he tells you about child pornography and what it means to

 4  have a visual depiction of a child or children engaged in

 5  sexually explicit conduct.  And I do urge you to listen

 6  closely to that.  Sexually explicit conduct, he may tell you,

 7  a demonstration of the genitalia that it incites in the

 8  viewer some sort of sexual response.

 9              Now, you'll have to listen to his definition

10  and not take my definition because only the law as he gives

11  it to you is the law that you have to follow.  But in this

12  particular case, you know we have images, sure.  In fact,

13  we've got Counts One and Two, we have Alesha.  But again,

14  Alesha, were those images voluntarily submitted to

15  Mr. Broxmeyer for purposes of Count One and Two?  Did he

16  coerce into sending those images?  No, he didn't.  No, he

17  didn't.

18              And for those reasons you should find him not

19  guilty of those Counts One and Two.  How about some of these

20  other photographs?  We did see a photograph of Katie Thorp

21  and she tells us that, yes, that was her lower body part with

22  her finger in her vagina, and she identified that sometime

23  after the investigation commenced claiming it was shown to

24  her by the government sometime later and that she could

25  specifically identify that photo.  That's again something

Mr. Kilker - Summation

1    that you're going to have to decide, whether that is her

2    whether it's not her, I don't know.  Whether that constitutes

3    a lascivious picture, only you can decide that.

4            A lot of testimony had been focused on the

5    fact that Mr. Broxmeyer sent a photograph of his penis to

6    various girls from time to time.  We know Alesha requested

7    the photograph.  We know that she asked for it for an art

8    project, is what she said, and she didn't think anything of

9    it.  Either did any of the others.  And there wasn't anything

10   illegal about him sending the photograph.  He's not charged

11   with sending his photograph.  He's charged with having

12   received child pornography on his camera and then saving it

13   to his Pix account.  That's the charge.

14           Not, what photographs they received or even

15   how they reacted to it.  Some of them deleted them, some of

16   them saved them, but all of them said they sent their

17   pictures for fun, especially Alesha.  They weren't in any way

18   being threatened with scholarships, the loss of their hockey

19   careers or anything of that nature.  And Alesha told you that

20   nobody was threatening that they were either promised

21   scholarships or threatened with scholarships if they didn't

22   participate or send pictures.  That wasn't, that wasn't part

23   of the program.  The scholarship program, as it had been

24   testified to, basically involved Mr. Broxmeyer attempting to

25   hone the skills of some very good players and then have them

Mr. Kilker - Summation

340

1   go out to that festival in California where they can showcase

2   what Alesha said, their talents.  And by showcasing their

3   talents, they could then make themselves available to the

4   scouts who might offer them scholarships.  And Alesha told

5   you but for Mr. Broxmeyer, she wouldn't have that

6   scholarship.  But for his program, she wouldn't be where she

7   is.  But he never promised her anything for it and he never

8   threatened to take anything away.

9            Now, if this were twenty years ago, we

10  wouldn't be here.  Didn't have cellphones with cameras on

11  them, text messaging, all that crazy stuff.  Our kids today

12  get in trouble in school because of not paying attention

13  because they're text messaging back and forth to each other.

14  And it's become sort of a fad that these images and these

15  texts are being faxed back and forth and kids are talking to

16  each other via their cellphones all day long.

17            And if you think it's not all day long, take a

18  look at the exhibit.  That is on December 21 of Katie Thorp,

19  and all of those text messages start in the morning and they

20  go to the wee hours of the next morning.  That's a lot of

21  text messages.  And if you look at Mueller's text messages.

22  Look at the meter, we're not talking just a few texts here

23  and there.  This is what they do.  They text message.  They

24  send their pictures to each other.  And we know that Katie

25  Thorp sent her picture not only to Mr. Broxmeyer, but her

Mr. Kilker - Summation

341

1  boyfriend at the time.  I guess she had a boyfriend, at least

2  that's what she testified to, that her boyfriend got that

3  same photo.  And these are the things that they're doing.

4          Realistically, things have changed,

5  technologically, so have our young, so have our teens.

6  They're well advanced in use of cellphones and computers and

7  iPods and other images and things that can transport images.

8  And they're also very well aware sexually.  Listen to Alesha

9  talk about a threesome.  That was a little shocking, little

10  perplexing, quite frankly, but that's what we're dealing

11  with.

12          To find Mr. Broxmeyer guilty of production of

13  child pornography, you have to be convinced beyond a

14  reasonable doubt that he did knowingly and willfully attempt

15  to employ, use, persuade, induce or coerce Alesha, Alesha

16  only, into sending those photographs.

17          The attempted child pornography production,

18  you have to be convinced beyond a reasonable doubt that

19  Mr. Broxmeyer attempted to employ, use, persuade, induce,

20  entice and coerce -- not or, and -- a minor that, being Kayla

21  Thorp, you saw her in the underwear, to create a photograph

22  of herself, wearing only her underwear.  And ask yourself, is

23  that a sexually explicit photo?

24          You also have to be convinced beyond a

25  reasonable doubt in Count Four that the purpose of the travel

Mr. Kilker - Summation

1    with Miss Mueller coming to New York State and then back

2    again was for sexual activity with Mr. Broxmeyer.  Is that

3    really what happened?

4              And then, finally, you have to be convinced

5    beyond a reasonable doubt that the defendant, Todd Broxmeyer,

6    knowingly and willfully possessed material which contains

7    images of child pornography.  And I'm going to urge you to

8    listen to the Judge's instructions on child pornography.  If

9    among these charges any one of the elements isn't met, then

10   you must acquit.  You don't have to find Mr. Broxmeyer guilty

11   of everything or not guilty of everything.  There are five

12   different counts, there are five separate charges, so you're

13   going to have to go through and apply the same ideas, the

14   same law, the same process when going through each one and

15   reaching a conclusion or a verdict on each one of the charges

16   itself.

17             Now, sure I would love for all of you to come

18   back and say, okay, we're unanimous, we find him not guilty

19   on everything.  That would be great.  But you're the deciders

20   of fact, so you're going to decide how many, if not all, of

21   these charges should be thrown out.  And why should they be

22   thrown out?  Because the law and the facts don't mix and it's

23   your duty to apply the two of them.  The law as the Judge

24   gives it to you and the facts as you now know them to be and

25   the evidence that supports those facts primarily right here,

Mr. Kilker - Summation

343

1  Exhibit 1 and 2 of Exhibit 7.  Those are the primary

2  exhibits.

3          You can look at the e-mails, you can look at

4  the text messages, and you'll see there's several messages

5  back and forth.  You know, if that helps you decide the case

6  as far as you know what happened, that's fine.  You're

7  welcome to use all of the evidence but you're also welcome to

8  discard evidence that you don't need.  You don't need it,

9  like this, don't use it.  Not doing you any good reaching a

10  decision.  All it does is cloud your vision, confusion you.

11          Ultimately, you're going to have to reach a

12  verdict and your verdict has to be unanimous.  Again, I'm

13  going to ask that you keep an open mind, I have in the

14  beginning, and apply those presumptions of innocence and the

15  burden of proof, and in the end it's my sincere hope that

16  you'll find Mr. Broxmeyer not guilty.

17          THE COURT:  Okay.  Thank you, Mr. Kilker.

18  Mr. Lovric, are you prepared for your rebuttal summation?

19          MR. LOVRIC:  Yes, Judge.

20          THE COURT:  Okay.  Fine.

21          MR. LOVRIC:  Let me start with the last idea

22  of the last thought, if I may.  I submit to you, folks,

23  Mr. Broxmeyer's thinking as he's presented it to you through

24  his defense, Mr. Broxmeyer's way of looking at this does two

25  things:  First of all, I think it insults your intelligence

1   and, secondly, and even equally important, it's just plain

2   repulsive.  If I understand Mr. Broxmeyer's view of a lot of

3   this evidence is it was the girls' fault.  They're

4   promiscuous.  They know a lot more about sex today than girls

5   did thirty years ago.  They talk about sex more.  They flaunt

6   sex.  They were the ones that were out there teasing me.  At

7   one point I think the defense argued it was really Alesha

8   Widdall that was hitting on Mr. Broxmeyer.

9              And as I sat there and listened to this, I

10  thought to myself, so Mr. Broxmeyer's telling you it's their

11  fault.  And ladies and gentlemen I'm here to tell you, and I

12  think when you think about this, I don't care if these girls

13  did cartwheels naked with vibrators in their vaginas in front

14  of him, what he did to them is illegal and criminal.  It's

15  like blaming the rape victim of the rape.  Well, her skirt

16  was too short.  Well, her butt was hanging out.  Well, she

17  walked through the alley.  She really wanted it.  I find that

18  argument repulsive.  I don't care what these girls were

19  doing.  They could have been talking about sex all day long

20  in front of him.  He is the 37-year-old adult.  He is the one

21  that should have either walked away from it, call up one of

22  their parents and say, hey, Mrs. Widdall, we need to have a

23  chat.  Hey, Mr. so and so, we need to have a chat, your

24  daughter's sending me stuff that's really inappropriate.  Is

25  that what happened here?  Absolutely not.

Government - Rebuttal Summation

1          The reason for that argument is to distract

2   you from looking at his actions because his actions are the

3   ones that are on trial.  And as I said before, and if you can

4   look at it, look at the law.  Voluntariness has nothing to do

5   with it.  I beg to disagree with counsel on that.  It has

6   nothing to do.  These girls cannot voluntarily send and give

7   him pictures and then him say, oh, it's not me, it's not my

8   fault.  First of all, that doesn't make sense.  As I said to

9   you before, it's just one big coincidence that all these

10  teenage girls send him breasts and vaginas.  It's just one

11  big coincidence, no cap and gown pictures, just breasts and

12  vaginas, it's a big coincidence.  Ask yourselves who's really

13  pouring on the smoke screen here?

14          And let me point out a couple of things.  The

15  defense is dead wrong when they say this exhibit has nothing

16  to do with the evidence.  Okay.  Exhibit Number 3.  All the

17  pictures on his Gateway computer.  Okay.  Mr. Broxmeyer,

18  through his counsel, just argued to you it's irrelevant, has

19  nothing to do with the charges.  Well, do me a favor, first

20  thing when you get back there, take a look at Count Five.  It

21  basically says, it charges that the defendant possessed

22  material containing images of child pornography, which were

23  produced using materials that traveled in interstate

24  commerce, the computer, the Gateway.  It was manufactured in

25  some eastern Asian country.  And it says that he knowingly

1   possessed computers, hard drives, cellular camera telephones,

2   iPod and other materials of child pornography.

3              Of course, Mr. Broxmeyer would like you to

4   forget about this and simply throw it out.  This alone

5   convicts him of Count Five.  Any images that constitute child

6   pornography that he had either on his Gateway, on his Compaq,

7   on his cellphone is a violation of Count Five.  Now, the

8   defendant would like you to just not look at this stuff.

9   Says it's irrelevant.  No, it's not.  It's Count Five.  So, I

10  don't know how he can stand up here and say it's irrelevant.

11  It's named in Count Five.  You determine if this is child

12  pornography, the Judge will give you the definition.

13             Look at those pictures, and I submit you're

14  going to see pictures, you can figure out who these pictures

15  resemble.  Count all the 70-year-old grandmothers that you

16  see in there.  Take a look at those pictures, they're 11, 12,

17  13, 14-year-old girls engaging in sex, anal, oral

18  intercourse, every type of sex.  So when Mr. Broxmeyer wants

19  you don't look at that stuff, it's not relevant, ask yourself

20  what is he arguing to you.

21             It's also relevant in other ways.  And the

22  Judge will tell you that you are allowed and should consider

23  all the evidence when making decisions as to the facts and

24  the law.  And I said to you before, what does this show you?

25  Well, in addition to it being a violation under Count Five,

Government - Rebuttal Summation

1   possessing child porn, those images he had on Exhibit 1, his

2   Verizon Pix account, any image that constitutes child porn is

3   possession of it.  The Judge will tell you what possession

4   is.  He doesn't have to hold this in his hand.  He possessed

5   it when he put it into his Verizon account.  I will submit

6   that you find the law supports that.

7            The picture of Katie Thorp fingering in the

8   vagina the defendant says has nothing to do with this case.

9   Wrong.  If Mr. Broxmeyer possessed that picture, that's a

10  violation of Count Five.  Possession of child pornography.

11  Item that traveled in interstate commerce.  What was it?

12  Cellphone.  Made in China.  When he possessed that photo of

13  her when she sent it to him, and if that's child porn, which

14  it is, she was 17 at the time, I don't know what gets to be

15  more clear about child pornography than the finger in a

16  girl's vagina, that's a minor.

17           I'm not going to go over it, but if you have

18  any question about the use, or persuade, or entice, or

19  induce, ask the Judge.  Okay.  Don't assume it.  I submit to

20  you, you'll find the law says any one of those is sufficient.

21  Because it's or.

22           I already told you coercion is not at issue

23  here but that is not the only way this could be violated in

24  the statute.  Voluntariness has nothing to do with it.

25  Consent, nowhere in the law are you going to find that says

1   if the person gave consent, then it's not a violation of law.

2   And I think I've gone over that with you, why that would

3   never make sense to have it in a law, statute that applies to

4   minors who are used in some fashion.

5                Mr. Kilker talked with you about Count Four,

6   and I respectfully have to point out something to you that I

7   believe was a misstatement of fact.  In his argument to you

8   he said something to the effect that the decision for

9   Mr. Broxmeyer to drive Kayla home was made the morning of

10  December 9, and that the plan had always been for the

11  Bendicks to bring her back halfway and for her to be brought

12  back the rest of the way.  That is just a dead wrong

13  statement of fact.  Could be Mr. Kilker doesn't remember it,

14  but I'm going to focus on what Lance Mueller said and he's

15  the one that made these arrangements with Mr. Broxmeyer.  And

16  Lance Mueller made it very clear that about two days -- in

17  fact, Mr. Kilker asked him several times on cross, it was

18  about two days before December 8 the plan had originally been

19  for Kayla to be brought back by the Bendicks halfway, and

20  then about two days before the plan changed where

21  Mr. Broxmeyer said he will drive her back to Pennsylvania.

22  It was not the morning of December 9.  It was two days

23  before.  And it was Mr. Broxmeyer that interjected himself

24  and said I'll take her back home to Pennsylvania.

25                And I said to you this before, you have to

Government - Rebuttal Summation

1  look at all the other things about him to figure out what was

2  in his head and take a look at his actions, the other things

3  that he's done with girls.  The defendant would like you to

4  say that's irrelevant.  It's absolutely relevant.  It's

5  relevant as to his intent.  It's relevant as to what's in his

6  mind when he's doing all these other acts.  You can't read

7  his mind anymore than I can.  What you can do is you can

8  discern his intent by looking at his actions, his conduct.

9             And basically, what Mr. Broxmeyer did was two

10  days before Kayla came up, he decided that he was going to

11  have his way with her when she was up here.  And he

12  volunteered and said I'll drive her back.  And the first

13  thing he does when he picks her up, takes her to the

14  Sportsplex.  You will hear the Judge tell you about the

15  purpose of the travel, and listen carefully.  It does not

16  have to be the only purpose.  It does not have to be that his

17  only intent or the only purpose, rather, for the transporting

18  was for him to engage in a sexual act with her.  The Judge

19  will tell you one of the purposes of the transportation.

20             There's no argument here that she was being

21  brought up for practice, as far as the family is concerned,

22  but I'd like you to focus on what was Mr. Broxmeyer's intent

23  in transporting her back.  It's obvious her father's intent

24  was not for something to happen to her, but her father's

25  intent is not in question.  It's what was in Broxmeyer's mind

Government - Rebuttal Summation

350

1   when Broxmeyer decided to have her transported either up by

2   the family or back by him.  And that I submit to you, one of

3   the purposes that Broxmeyer had in his mind, was to have his

4   way with Kayla Mueller.

5           The defense would like you to throw up your

6   hands, oh, well, we can't make that decision because he

7   didn't telegraph anybody a written notice saying my intent

8   is.  Well, ladies and gentlemen, this is where I say you have

9   to step back and look at everything about this man and then

10  you look at all the information you have in front of you and

11  you say, what's really going on in his head when he's doing

12  these actions?

13          The defense would like you to not look at

14  these photos and say they, too, are irrelevant, having

15  nothing to do with it.  They're all pictures of minors or

16  breasts or other parts of their body, and again it's simply a

17  misstatement.  It is absolutely relevant as to Count Five.

18  Every single picture in this case is relevant as to Count

19  Five.  Every single picture as to Count Five.  I'll say it

20  again.

21          The texting, I read to you the texts.

22  Defendant would like you to necessarily ignore those.  The

23  reason those are important, folks, is they give you as close

24  of a picture, if I can call it that, of the inside of

25  Mr. Broxmeyer's head because that's him talking when he

Government - Rebuttal Summation

1   doesn't think that he will ever see that ever again either

2   used against him or have anybody save copies of that.  And

3   those text messages are very revealing because it is the

4   operation of his mind that's going on.

5              And what you can tell from looking at those

6   text messages is how badly he went after Katie Thorp to try

7   to get her to send pictures and images.  He's literally

8   begging her, suggesting she go into the bathroom, not

9   realizing she's in the car, to take pictures of herself.

10  When she sends one with her clothes on, he says, yes, but now

11  with the clothes off.  When she asks him about what about the

12  one, the finger, he tells her where he saved that.  It puts

13  you inside of his head in a way that nobody else and nothing

14  else can, and that's why it's so relevant and that's why the

15  defense wants you so much to ignore that.  Because it shows

16  you his intent, it shows you his thinking, and it shows you

17  what it was he was doing when he's communicating with these

18  teenagers.

19             I've pretty much told you what I submit or

20  suggest the facts show about Alesha Widdall.  And I think, I

21  think it's a, at very best, shortsighted of the defense to

22  portray Alesha Widdall as somebody that did everything with

23  her eyes wide open and fully knowledgeable about everything

24  that was going on.  At the worst I think it is a horrific

25  distortion of reality.  Alesha Widdall didn't do anything

1    really voluntary.  She thinks she did, but as I said to you

2    before, when she has some time in her life to reflect on

3    this, and you can see now when you reflect now on what

4    happened to her, it is clear she was used by Broxmeyer.  It

5    is clear she was wrapped around his finger literally when she

6    engaged in all these activities.  And just the fact that

7    Alesha Widdall said she did it voluntarily doesn't make it

8    so.  It's your view of her and his actions.  It's your view,

9    understanding of what happened, not hers.  Because otherwise,

10   victims very often would perceive things in a personal way

11   and find it to be very, very different than perhaps the rest

12   of the world.

13           And I've said to you before, Alesha Widdall

14   possibly is one of the biggest victims in this case.  And I'm

15   not trying to detract from any of the other victims, Kayla

16   Mueller, Katie Thorp or the other girls, but of all the

17   things that Alesha Widdall was put to do and put up to do by

18   Broxmeyer, it is just mind boggling how much she was used by

19   him.  And it is his state of mind, not hers, that matters

20   when you decide whether when she's taking pictures and

21   sending them to him, whether he is using her, enticing her,

22   inducing her, persuading her.

23           My final comments, folks.  The defense and

24   Mr. Broxmeyer in this case would like to just oversimplify

25   this to the point of saying all these things, they did this

Government - Rebuttal Summation

353

1    voluntarily and nobody put a gun to their heads, and there

2    was no carrot, and there was no inducement by the defendant,

3    and whatever pictures happened to come into his possession

4    and across his phones, coincidentally all happened to be the

5    same type and nature and everything he has on his computer is

6    just irrelevant.  And that's what it boils down to as far as

7    the defense.  And I ask you when you look at this and look at

8    these facts, use your common sense.  Don't step up to this

9    thinking like sometimes, as I say, like lawyers.  Use your

10   common sense, because I've said this before, your collective

11   common sense can guide you better than anything else.  Rely

12   on that.  Sometimes step back and say what does my gut tell

13   me is really going on here?  What do I really believe is

14   going on here?  What really happened?  What was Mr. Broxmeyer

15   really doing?  Rely on that because you do it every day.

16            As I said this before, think of the things

17   that Mr. Broxmeyer did with Alesha and Katie, the challenge.

18   This is the manipulation going on.  I'm asking you to find

19   him guilty of these charges because he is guilty of these

20   charges.  And there is no reasonable doubt on this evidence

21   that he did not do the things that he's charged with.  And

22   I'm simply asking you to hold him accountable.  Thank you.

23            THE COURT:  Thank you, Mr. Lovric.  We're

24   going to take ten minutes, ladies and gentlemen, and I'll

25   charge you on the law.

VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT

1         (Short break taken).

2         THE COURT:  See counsel at side-bar.

3         (Meeting at the bench off the record).

4         (Jury present).

5         THE COURT:  All right, ladies and gentlemen.

6   In a few moments I'm going to charge you on the law.  I just

7   want to explain the structure of the charge to you so it

8   might help you follow it a little easier.  The first part is

9   basically an explanation of your duties as jurors.  We're

10  going to talk about the burden of proof that the government

11  has.  Going to talk about the kind of evidence you can

12  consider, the credibility of the witnesses.  There's a fairly

13  long charge on that.  Hopefully, it will help you decide

14  what's truthful and isn't truthful.  And then a few other

15  small things on knowledge and intent and willfulness, and

16  then that's the end of the first part.

17        The second part is an analysis of each count

18  of the indictment, and each and every element of each crime

19  charged, and I'll analyze those for you.  And that's the

20  second part of the charge.

21        And the last part merely is an instruction

22  about how you're to go about going back into the jury room

23  and organizing yourself and selecting a foreperson.  That's

24  the way the charge will be as I give it to you, and I'm going

25  to begin now.

Government - Rebuttal Summation

1          Now that you've heard the evidence and

2   arguments of counsel, it's my duty to instruct you on the law

3   that's applicable to this case.  It's your duty as jurors to

4   follow these instructions and to apply the rules of law I

5   give you to the facts as you find them based on the evidence

6   in the case.  You're not to single out one instruction alone

7   as stating the law, but you're to consider my instructions as

8   a whole.  Also, you're not to be concerned with the wisdom of

9   any rule of law.  You must follow the law as I give it to

10  you, regardless of any opinion that you have as to what the

11  law ought to be.  Similarly, it would be a violation of your

12  sworn duty as judges of the facts to base a verdict on

13  anything but the evidence in the case.

14          You have been chosen and sworn as jurors to

15  try the issues of fact presented by the allegations in the

16  indictment and the denial made by the not guilty plea of the

17  defendant.  You are to perform this duty without bias or

18  prejudice as to any party.  You're not to consider any

19  party's race, religion, national origin, sex or age.  The law

20  does not permit jurors to be governed by sympathy, prejudice,

21  or public opinion.  Both the accused and the public expect

22  that you'll carefully and impartially consider all the

23  evidence in the case, follow my instructions, and reach a

24  just verdict regardless of the consequences.  Nothing said in

25  these instructions or said or done by me during the trial

1    should convey or suggest in any manner any intimation as to

2    what verdict I think you should render.  Your verdict must be

3    based on your thoughts and deliberations concerning the

4    evidence before you and the facts you find from the evidence

5    and nothing else.

6              Now, the law presumes the defendant to be

7    innocent.  Thus, the defendant begins the trial with a clean

8    slate.  That is, with no evidence against him.  And the law

9    permits nothing but legal evidence presented to the jury to

10   be considered in support of any charge against the accused.

11   The accused must never be convicted on the basis of

12   conjecture or suspicion.  It follows then, that the

13   presumption of innocence alone is sufficient to acquit a

14   defendant.  The government must prove a defendant's guilt,

15   and it must prove that guilt beyond a reasonable doubt.  The

16   burden of proving guilt beyond a reasonable doubt is a

17   concept very important for you to understand and needs to be

18   explained a little bit further.

19             The burden of proving guilt beyond a

20   reasonable doubt is always on the government.  The government

21   must prove beyond a reasonable doubt that the defendant has

22   committed every element of each offense charged.  The burden

23   never shifts to the defendant in a criminal case to prove his

24   innocence, and the law never imposes upon a defendant in a

25   criminal case the burden of calling any witnesses or

Government - Rebuttal Summation

1   producing any evidence.  The test is one of reasonable doubt.

2   The government need not, however, prove guilt beyond all

3   possible doubt.  A reasonable doubt is a doubt based on

4   reason and common sense, the kind of doubt that would make a

5   reasonable person hesitate to act.  Proof beyond a reasonable

6   doubt must, therefore, be proof of such a convincing

7   character that a reasonable person would not hesitate to rely

8   and act on it in the most important of his or her own

9   affairs.

10              Now, an indictment is but a formal method of

11  accusing a person of a crime.  It is not evidence of any kind

12  against the accused.  The law, however, does recognize two

13  types of evidence, as I told you Monday, that you may

14  properly use in deciding whether the defendant is guilty or

15  not.

16              One type of evidence is called direct

17  evidence.  Direct evidence is testimony by a witness about

18  what is known to him or her by virtue of his or her own

19  senses; that is what the witness sees, feels, touches or

20  hears.

21              The other type of evidence is called

22  circumstantial evidence.  This is evidence that tends to

23  prove a disputed fact by proof of other facts.  As applied to

24  this criminal proceeding, circumstantial evidence is proof of

25  a chain of facts based upon certain circumstances indicating

1    the guilt or innocence of the accused.  That's all there is

2    to circumstantial evidence.  You infer on the basis of

3    reason, experience and common sense the existence or

4    nonexistence of some other fact.

5                 Circumstantial evidence is of no lesser value

6    than direct evidence, and no greater degree of certainty is

7    required of circumstantial evidence than of direct evidence.

8    The law makes no distinction between the weight to be given

9    direct or circumstantial evidence.  All that is required is

10   that before convicting an accused, you, the jury, be

11   satisfied of the defendant's guilt beyond a reasonable doubt

12   from all the evidence in the case.

13                During this charge you've heard me use and

14   will hear me use again the term inference.  And in your

15   deliberations, and as stated, you are permitted to make

16   inferences on the basis of your reason, experience and common

17   sense.  So I'll now explain the meaning of the term

18   inference.

19                During your deliberations you are to consider

20   only evidence presented in the case.  The evidence in the

21   case consists of sworn testimony of the witnesses, physical

22   items, documents, exhibits, and all the facts that may have

23   been admitted into evidence.  Anything you may have seen or

24   heard outside the courtroom is not evidence and must be

25   entirely disregarded.  However, in your consideration of the

1    evidence, you are not limited only to what you've seen and

2    heard during this trial.  You are permitted, but not

3    required, to draw from facts that you find have been proven

4    such reasonable inferences as seem justified in light of your

5    experience, reason and common sense.  An inference is not a

6    suspicion or a guess.  It's a reasoned, logical conclusion

7    that a disputed fact exists or does not exist on the basis of

8    another fact that you find has been proven.  Inferences may

9    be drawn from both the direct and circumstantial evidence.

10           Now, the statements and arguments of counsel,

11   however, are not evidence in the case unless made as an

12   admission or stipulation of a fact.  When the attorneys on

13   both sides stipulate or agree to the existence of a fact, you

14   must accept that, unless otherwise instructed.

15           It is the duty of the attorneys on each side

16   of the case to object when the other side offers testimony or

17   evidence that the attorney believes is not admissible.  You

18   should not show any prejudice against the attorney or against

19   the party because of the objections that have been voiced.

20           Upon allowing testimony or other evidence to

21   be introduced over an attorney's objection, the Court does

22   not, unless expressly stated, indicate any opinion as to the

23   weight or effect of such evidence.  You are the sole judges

24   of the credibility of all the witnesses and it is solely for

25   you to determine the weight and effect of all the evidence.

Government - Rebuttal Summation

360

1   When the Court has sustained an objection, you must disregard

2   that question entirely.  You may not draw any inferences from

3   the wording of the question, nor may you speculate as to what

4   the witness would have said had he or she been permitted to

5   answer.  In addition, if a lawyer asks a question that

6   contains an assertion of facts, you cannot consider the

7   assertion as evidence of that fact.  The lawyers' questions

8   and statements are not evidence.  The witness' answers are

9   the evidence.

10              Now, in your capacity as judges of the

11  credibility of witnesses and the weight and effect of all the

12  evidence, you should carefully scrutinize all the testimony

13  given, the circumstances under which each witness has

14  testified, and every other matter in evidence that tends to

15  show whether a witness is worthy of belief.  Consider each

16  witness' intelligence, motive, state of mind, demeanor and

17  manner while on the stand.  Consider the witness' ability to

18  observe the matters as to which he or she has testified, and

19  whether he or she impresses you as having an accurate

20  recollection of these matters.  Consider also any relation

21  each witness may bear to either side of the case, the manner

22  in which each witness might be affected by the verdict, and

23  the extent to which, if at all, each witness is either

24  supported or contradicted by other evidence in the case.

25              If you find that a witness made a prior

Government - Rebuttal Summation

1    inconsistent statement, in other words, a statement made

2    before the trial that conflicts his or her trial testimony,

3    you may consider that fact in deciding how much of the trial

4    testimony, if any, to believe.  In making this determination,

5    you may consider whether the witness purposely made a false

6    statement or whether it was an innocent mistake; whether the

7    inconsistency concerns an important fact, or whether it had

8    to do with a small detail; and whether the witness had an

9    explanation for the inconsistency and whether that

10   explanation appeals to your common sense.

11              Inconsistencies or discrepancies in the

12   testimony of a witness, or between the testimony of different

13   witnesses, may or may not cause you to discredit such

14   testimony.  Two or more persons witnessing an incident or

15   transaction may see or hear it differently.  An innocent

16   misrecollection, like failure to recollect, is not an

17   uncommon experience.  In weighing the effect of a

18   discrepancy, always consider whether it pertains to a matter

19   of importance or an unimportant detail and whether the

20   discrepancy results from innocent error or intentional

21   falsehood.

22              Now, I've said previously it's your job to

23   judge the credibility of each witness.  In evaluating the

24   credibility of the witnesses, you should take into account

25   any evidence that a witness may benefit in some way from the

Government - Rebuttal Summation                    362

1   outcome of the case.  Such interest in the outcome creates a

2   motive to testify falsely and may sway a witness to testify

3   in a way that advances his or her own interests.  Therefore,

4   if you find that any witness whose testimony you are

5   considering may have an interest in the outcome of this

6   trial, then you should bear that factor in mind when

7   evaluating the credibility of the testimony, and accept it

8   with great care.

9              Keep in mind, though, it does not

10  automatically follow that testimony given by an interested

11  witness is to be disbelieved.  There are many people who, no

12  matter what their interest in the outcome of the case may be,

13  would not testify falsely.  It's for you to decide to what

14  extent, if at all, the witness' interest has affected his or

15  her testimony.

16             You'll recall that some witnesses who

17  testified were law enforcement officers.  The testimony of a

18  law enforcement officer is entitled to no special treatment

19  or consideration; it does not have any greater or lesser

20  weight.  The testimony of a law enforcement officer who takes

21  the stand is subject to the same rules and tests applicable

22  to the testimony of any other witness regarding, for example,

23  credibility, bias, and interest in the outcome.

24             Now, you'll recall that James Thompson, a

25  computer forensic scientist, gave testimony concerning his

1    field of expertise.  The Rules of Evidence provide that if

2    scientific, technical, or other specialized knowledge might

3    assist you in understanding the evidence or determining a

4    fact in issue, a witness qualified by knowledge, skill,

5    experience, training, or education may testify and state an

6    opinion concerning such matters.

7              Merely because this witness was allowed to

8    testify and express opinions and conclusions does not mean,

9    however, that you must accept his testimony.  You should

10   judge his testimony like any other testimony.  You may accept

11   it or reject it and give it as much weight as you think it

12   deserves, considering the witness' training and experience,

13   the soundness of the reasons given for his opinion, and all

14   other evidence in the case.  The testimony is entitled to no

15   special treatment or consideration; it does not have any

16   greater or lesser weight.  All witnesses who take the stand

17   are subject to the same rules and tests regarding

18   credibility, bias and interest in the outcome.  You may

19   consider the soundness of the reasons given for the witness'

20   opinion and methods by which the witness reached his

21   conclusions.  The testimony is given to assist you in

22   reaching a proper conclusion.  It's entitled to such weight

23   as you find the witness' qualifications in the field warrant,

24   but is not controlling upon your judgment.

25              Now, the fact that the prosecution is brought

Government - Rebuttal Summation

1    in the name of the United States Government entitles it to no

2    greater consideration or attention than any other party to

3    the litigation.  All parties, government and individuals

4    alike, stand equal before the law.

5               As previously stated, the law never imposes on

6    a defendant in a criminal case the burden or duty to testify,

7    to call witnesses or to produce evidence.  No inference of

8    any kind may be drawn and no presumption of guilt rises from

9    a defendant's decision not to testify, call witnesses or

10   produce evidence.

11              The law does not require the prosecution to

12   call as witnesses all persons who may have been present at

13   any time or place involved in the case, or who may appear to

14   have some knowledge of the matters in issue at this trial.

15   The law does not require the prosecution to produce as

16   exhibits all papers and things mentioned in the evidence.

17   You must decide this case based on the evidence or lack of

18   evidence presented, you should not be concerned with why

19   someone was not called as a witness or why certain evidence

20   was not produced.

21              In this case you're being asked to decide

22   whether the accused is guilty or not guilty of the crimes

23   charged in the indictment.  You're not being asked whether

24   any other person is or may be guilty or not guilty.  Your

25   verdict should be based solely on the evidence or lack of

Government - Rebuttal Summation

365

1    evidence as to the defendant in this case in accordance with

2    my instructions and without regard to the guilt or innocence

3    of other people.  It's your duty then to give separate and

4    personal consideration to the defendant and to each count

5    charged against him.  In this regard, you should consider

6    what the evidence in the case shows with respect to the

7    defendant and to each offense that the defendant is charged

8    with.  In sum, each count against the defendant should be

9    considered separately.

10              Now, the indictment contains a total of five

11   counts.  Each count charges the defendant with a different

12   crime.  You must as a matter of law consider each count of

13   the indictment and the defendant's involvement in that count

14   separately, and you must return a separate verdict on the

15   defendant for each count in which he is charged.

16              You will note that the indictment charges that

17   the offenses were committed on or about certain dates.  The

18   proof need not establish with certainty the exact date of an

19   alleged offense.  It is sufficient if the evidence in the

20   case establishes beyond a reasonable doubt that an offense

21   was committed on a date reasonably near the date alleged.

22              Now, before I read you the indictment filed in

23   the case and instruct you on the substantive law you are to

24   apply to the facts as you find them, I have a few closing

25   remarks.  The first concerns matters relating to a person's

1    state of mind; for example, knowledge, willfulness and

2    intent.  A person's state of mind is a fact that you're being

3    called upon to decide.  Medical science, however, has not yet

4    devised an instrument that can record what was in a person's

5    mind in the past.  Rarely is direct proof available to

6    establish a person's state of mind.  Rather, a person's state

7    of mind may be inferred from what he or she says or does at

8    the time of the occurrence or nonoccurrence of certain

9    events.

10            The intent with which an act is done is often

11   more clearly and conclusively shown by the act itself, or by

12   a series of acts, than by words or explanations of the act

13   uttered long after its occurrence.  Accordingly, intent, and

14   also willfulness and knowledge, is usually established by

15   surrounding facts and circumstances existing at the time the

16   act or acts in question occurred and the reasonable

17   inferences to be drawn from them.

18            Intent and motive, however, should never be

19   confused.  Motive is what prompts a person to act or fail to

20   act.  Intent refers only to the state of mind with which the

21   act is done or not done.  Personal advancement and financial

22   gain are two well-recognized motives for much of human

23   conduct.  These laudable motives may prompt one person to

24   voluntary acts of good, another to voluntary acts of crime.

25   Good motive alone is never a defense where the act done or

Government - Rebuttal Summation

367

1    omitted is a crime.  Therefore, the motive of the accused is

2    immaterial except insofar as evidence of motive may aid

3    determination of state of mind or intent.

4              I'll instruct you further on the meaning of

5    knowledge and willfulness when it becomes appropriate.

6              I will now give a brief description of the

7    case after which I'll instruct you on the substantive law you

8    are to apply to the facts as you find them.  Remember, the

9    government bears the burden of proving each and every element

10   of each crime charged beyond a reasonable doubt.

11             The prosecution charges the defendant with

12   having committed certain crimes, including producing child

13   pornography, the attempted production of child pornography,

14   transporting a minor in interstate commerce to engage in

15   sexual activity, and possessing child pornography.  I'll now

16   explain the charges and the law to you in detail.

17             Counts One and Two of the indictment reads as

18   follows:  Between in or about January of 2007, and through

19   December of 2007, in the Northern District of New York and

20   elsewhere, Todd Broxmeyer, the defendant herein, did

21   knowingly and willfully, employ, use, persuade, induce,

22   entice, and coerce a minor to engage in sexually explicit

23   conduct for the purpose of producing a visual depiction of

24   such conduct, and said depiction was produced using materials

25   that had been mailed, shipped, and transported in interstate

VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT

Government - Rebuttal Summation

1    and foreign commerce by any means, in that, during said time

2    period, the defendant Todd Broxmeyer caused the photographing

3    of a minor female engaged in sexually explicit conduct, with

4    the use of a camera which was manufactured outside the State

5    of New York.  In violation of Title 18, United States Code,

6    Section 2251(a).

7               Counts One and Two of the indictment charge

8    the defendant with violating Title 18, United States Code,

9    section 2251(a), which provides in part that:  Any person who

10   employs, uses, persuades, induces, entices or coerces any

11   minor to engage in any sexually explicit conduct for the

12   purpose of producing any visual depiction of such conduct,

13   shall be guilty of a crime if that visual depiction was

14   produced using materials that had been mailed, shipped, or

15   transported in interstate or foreign commerce by any means.

16              To convict the defendant of using a minor to

17   produce child pornography, the government must prove each of

18   the following elements beyond a reasonable doubt:

19              First, that the victim was a minor under the

20   age of 18;

21              Secondly, that the defendant used, employed,

22   persuaded, induced, enticed or coerced the victim to take

23   part in sexually explicit conduct for the purpose of

24   producing a visual depiction of that conduct;

25              And third, the visual depiction was produced

VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT

Government - Rebuttal Summation

369

1    using materials that had been mailed, shipped or transported

2    in interstate or foreign commerce.

3               Now, the first element which the government

4    must prove beyond a reasonable doubt is that the victim was

5    less than 18 years old at the time of the acts alleged in the

6    indictment.  The government does not have to prove that the

7    defendant knew that the victim was less than 18 years old.

8               The second element that the government must

9    prove beyond a reasonable doubt is that the defendant used,

10   employed, persuaded, induced, enticed or coerced the victim

11   to take part in sexually explicit conduct for the purpose of

12   producing a visual depiction of that conduct.

13              A visual depiction includes any photograph,

14   film, video, or picture, including undeveloped film and

15   videotape, and data stored on computer disk or by electronic

16   means which is capable of conversion into a visual image.

17              In deciding whether the government has proven

18   that the defendant acted for the purpose of producing a

19   visual depiction of the sexually explicit conduct, you may

20   consider all the evidence concerning the defendant's conduct.

21   While the government must prove that the defendant acted with

22   the purpose of producing a visual depiction of the child

23   engaged in sexually explicit conduct, it is not required that

24   the government prove that the visual depiction of that

25   conduct was actually produced.

Government - Rebuttal Summation

1           The phrase sexually explicit conduct as used

2  in this element means actual or simulated sexual intercourse,

3  including genital-genital, oral-genital, anal-genital or

4  oral-anal, whether between persons of the same or opposite

5  sex; masturbation; sadistic or masochistic abuse; or

6  lascivious exhibition of the genitals or pubic area of any

7  person.

8           The term lascivious exhibition means a

9  depiction which displays or brings to view to attract notice

10 to the genitals or pubic area of children in order to excite

11 lustfulness or sexual stimulation in the viewer.  Not every

12 exposure of genitals or pubic area constitutes a lascivious

13 exhibition.  In deciding whether the government has proved

14 that a particular visual depiction constitutes a lascivious

15 exhibition, you should consider the following questions:

16          Whether the focal point of the visual

17 depiction is on the child's genitals or pubic area or whether

18 there is some other focal area.

19          Whether the setting of the visual depiction

20 makes it appear to be sexually suggestive, for example, in a

21 place or pose generally associated with sexual activity.

22          Whether the child is displayed in an unnatural

23 pose, or in inappropriate attire, considering the age of the

24 child.

25          Whether the child is fully or partially

Government - Rebuttal Summation

371

1    clothed or nude, although nudity is not in and of itself

2    lascivious.

3                    Whether the visual depiction suggests sexual

4    coyness other willingness to engage in sexual activity.

5                    And whether the visual depiction is intended

6    or designed to elicit a sexual response in the viewer.

7                    It is not required that a particular visual

8    depiction involved all of these factors to be a lascivious

9    exhibition.  The importance which you give to any one factor

10   is up to you to decide.

11                   The third element which the government must

12   prove beyond a reasonable doubt is that the visual depiction

13   was produced using materials that had been mailed or

14   transported in interstate or foreign commerce.

15                   Simply stated, the phrase transported in

16   interstate or foreign commerce means that the materials used

17   to produce the visual depiction had previously moved from one

18   state to another or between the United States and another

19   country.  Here, the government alleges that the camera used

20   to take the photographs in question was manufactured in

21   another state or country.  I instruct you that if you find

22   that the camera was manufactured outside New York, that is

23   sufficient to satisfy this element.  The government does not

24   have to prove that the defendant personally transported the

25   camera across the state line or that the defendant knew that

1  the camera had previously crossed the state line.

2           Now, Count Three of the indictment reads as

3  follows:  Between in or about January of 2007 through

4  December of 2007, in the Northern District of New York and

5  elsewhere, Todd Broxmeyer, the defendant herein, did

6  knowingly and willfully attempt to employ, use, persuade,

7  induce, entice and coerce a minor to engage in sexually

8  explicit conduct for the purpose of producing a visual

9  depiction of such conduct and said visual depiction was

10  produced using materials that had been mailed, shipped and

11  transported in interstate or foreign commerce by any means,

12  in that, during said time period, the defendant, Todd

13  Broxmeyer, attempted to employ, use, persuade, induce,

14  entice, and coerce a minor female to create and produce a

15  photograph of herself engaged in sexually explicit conduct

16  and whereby the minor female created and produced a

17  photograph of herself wearing only her underwear, with the

18  use of camera which was manufactured outside the State of

19  New York.

20           In violation of Title 18, United States Code,

21  Section 2251(a)&(e).

22           Count three charges defendant, Todd Broxmeyer,

23  with violating Title 18, United States Code, Section

24  2251(a)&(e), which provides, in part, that it is a crime for:

25  Any person to attempt to employ, use, persuade, induce,

Government - Rebuttal Summation

1   entice or coerce any minor to engage in any sexually explicit

2   conduct for the purpose of producing any visual depiction of

3   such conduct, and that visual depiction was produced using

4   materials that had been mailed, shipped or transported in

5   interstate or foreign commerce by any means.

6               See, your eyes are glazing over.  Happens all

7   the time.

8               This count, that is Count Three that I'm now

9   discussing, is similar to Count One and Two that I previously

10  described to you.  The difference between Count Three and

11  Counts One and Two is that in Count Three, is that Count

12  Three charges that the defendant attempted to commit the

13  subject crime.  In analyzing this count, you should use the

14  definitions and explanations I previously gave you with

15  respect to Counts One and Two, in addition to the following

16  explanation:

17              To prove the charge of attempt to commit the

18  crime of production of child pornography, the government must

19  prove the following two elements beyond a reasonable doubt:

20              First, that defendant Broxmeyer intended to

21  commit the crime of production of child pornography as

22  defined for you in the previous section.

23              Second, that defendant Broxmeyer did some act

24  that was a substantial step in an effort to bring about or

25  accomplish that crime.

Government - Rebuttal Summation

1              Mere intention to commit a specific crime does

2     not amount to an attempt.  In order to convict the defendant

3     of an attempt, you must find beyond a reasonable doubt that

4     the defendant intended to commit the crime charged, and that

5     he took some action which was a substantial step toward the

6     commission of the crime.

7              In determining whether the defendant's actions

8     amounted to a substantial step toward the commission of the

9     crime, it is necessary to distinguish between mere

10    preparation on the one hand, and the actual doing of the

11    criminal deed on the other.  Mere preparation, which may

12    consist of planning the offense or devising, obtaining or

13    arranging a means for its commission, is not an attempt,

14    although some preparations may amount to an attempt.  The act

15    of a person who intends to commit a crime will constitute an

16    attempt when the acts themselves clearly indicate an intent

17    to commit the crime, and the acts are a substantial step in a

18    course of conduct planned to culminate in the commission of

19    the crime.

20             Count Four of the indictment reads as follows:

21    Between in and about January 2007 and December of 2007, in

22    the Northern District of New York and elsewhere, defendant

23    Todd Broxmeyer knowingly caused a minor to be transported in

24    interstate commerce from the State of Pennsylvania into and

25    through New York State, and then back again from New York

Government - Rebuttal Summation

375

1    State to Pennsylvania, with intent that the minor engage in

2    sexually explicit activity for which conduct defendant is

3    charged with a criminal offense pursuant to state statutes.

4            In violation of Title 18, United States Code,

5    Section 2423(a).

6            Count Four charges defendant Broxmeyer with

7    violating Section 2423(a) of Title 18 of United States Code,

8    which provides in relevant part that it shall be a crime for:

9    A person to knowingly transport an individual who has not

10   attained the age of 18 years in interstate or foreign

11   commerce, or in any commonwealth, territory or possession of

12   the United States, with intent that the individual engage in

13   any sexual activity for which any person can be charged with

14   a criminal offense.

15           To convict defendant Broxmeyer on this count, the

16   government must prove the following elements beyond a

17   reasonable doubt:

18           First, that the defendant transported an individual

19   across a state line or border;

20           Second, that the defendant did so with the intent

21   that the individual engage in sexual activity;

22           And third, at the time, that the individual or

23   individuals at issue is under the age of 18.

24           The second element requires the government to prove

25   that one of the motives or purposes for the travel was to

Government - Rebuttal Summation

1    engage in illicit sexual conduct with another person.

2         The government must show that one of the

3    defendant's motivating purposes for traveling across state

4    lines was for engaging in sexual activity with a minor.

5    While the government need not show that the illegal sexual

6    conduct was the sole or only purpose for the trip, it is not

7    enough if you find that the illegal sexual conduct was merely

8    incidental to the travel.

9         The phrase sexual act means contact between the

10   penis and the vulva or the penis and the anus.  Contact

11   involving the penis occurs upon penetration, however slight.

12   The phrase sexual act also means contact between the mouth

13   and the penis, the mouth and the vulva, or the mouth and the

14   anus; the penetration, however slight, of the anal or genital

15   opening of another by a hand or finger or by any object, with

16   an intent to abuse, humiliate, harass, degrade, or arouse or

17   gratify the sexual desire of any person; or the intentional

18   touching, not through the clothing, of the genitalia of

19   another person who has not attained the age of 16 years with

20   an intent to abuse, humiliate, harass, degrade, or arouse or

21   gratify the sexual desire of any person.

22        Under Count Four, defendant may be convicted as

23   either a direct participant or under an aiding and abetting

24   theory pursuant to 18 U.S. Code, Section 2(b).  What I just

25   explained to you is the direct participant theory.  I will

1   now explain the aiding and abetting theory. Section 2(b) of

2   Title 18 of United States Code provides that: Whoever

3   willfully causes an act to be done which if directly

4   performed by him or another would be an offense against the

5   United States, is punishable as a principal.

6         Under the aiding and abetting theory, to meet its

7   burden of proof on the first element, it is not necessary for

8   the government to prove that the defendant himself

9   transported the individual across the state line or border.

10   Rather, under this theory, it is sufficient for the

11   government to prove that the defendant caused another person

12   to transport an individual across state lines. Therefore, if

13   the government has proven beyond a reasonable doubt that the

14   defendant caused another person to transport an individual

15   across state lines, then you may find that the government has

16   proven the first element of the offense. Of course, under

17   the aiding and abetting theory, the government must also

18   prove the second and third elements beyond a reasonable

19   doubt.

20         Count Five of the indictment reads as follows:

21   Between in or about January of 2007 through December of 2007,

22   in the Northern District of New York and elsewhere, the

23   defendant Todd Broxmeyer did knowingly and willfully possess

24   material which contains images of child pornography which

25   were produced using materials which have been mailed, shipped

Government - Rebuttal Summation

378

1    or transported in interstate and foreign commerce by any

2    means, in that, defendant knowingly possessed computers,

3    computer hard drives, cameras and other materials containing

4    graphic images of child pornography, knowing that the images

5    contained a visual depiction and material containing a visual

6    depiction, the production of which involved the use of a

7    minor engage in sexually explicit conduct as defined in Title

8    18, United States Code, Section 2256.

9            In violation of Title 18, United States Code,

10   Section 2252A(a)(5)(B) and Section 2.

11           Count Five charges the defendant with violating

12   Section 2252A(a)(5)(B) of Title 18 of United States Code,

13   which provides in relevant part that:  Any person who

14   knowingly possesses any book, magazine, periodical, film,

15   videotape, computer disk, or any other material that contains

16   an image of child pornography, that was produced using

17   materials that have been mailed, or shipped or transported in

18   interstate or foreign commerce by any means, shall be guilty

19   of a crime.

20           To convict a defendant on this count, the

21   government must prove each of the following elements beyond a

22   reasonable doubt:

23           First, that the defendant knowingly possessed a

24   visual depiction, as I will explain that term to you;

25           Second, that the visual depiction was produced

Government - Rebuttal Summation

379

1   using materials that had been transported in interstate or

2   foreign commerce;

3            Third, that the visual depiction was child

4   pornography, as I'll explain that term;

5            And fourth, that the defendant knew of the sexually

6   explicit nature of the material and that the visual

7   depictions were of actual minors engage in that sexually

8   explicit conduct.

9            The first element which the government must prove

10  beyond a reasonable doubt is that defendant knowingly

11  possessed the visual depiction.  A visual depiction includes

12  any photograph, film, video, or picture, including

13  undeveloped film and videotape, and data stored on computer

14  disk or by electronic means which is capable of conversion

15  into a visual image.

16           To possess something means to have it within a

17  person's control.  This does not necessarily mean that the

18  person must hold it physically, that is have actual

19  possession of it.  As long at visual depiction is within

20  defendant's control, he possesses it.  If you find that the

21  defendant had actual possession of the depiction, or that he

22  had the power and intention to exercise control over it, even

23  though it was not in his physical possession, you may find

24  that the government has proven possession.

25           The law also recognizes that possession may be sole

1   or joint.  If one person alone possesses it, that is sole

2   possession.  However, it is possible that more than one

3   person may have the power and intention to exercise control

4   over the visual depiction.  This is called joint possession.

5   If you find that the defendant had such power and intention,

6   then he possessed the depiction even if he possessed it

7   jointly with another person.

8          The government must prove that the defendant

9   possessed the depiction knowingly.  An act is done knowingly

10  when it is done voluntarily and intentionally and not because

11  of accident, mistake or some other innocent reason.

12         The second element which the government must prove

13  beyond a reasonable doubt is that the child pornography was

14  produced using materials that had been transported in

15  interstate or foreign commerce.

16         I had previously explained this phrase to you and

17  you may apply that same definition here.  Essentially, it

18  must be shown that the materials used to produce the child

19  pornography had previously moved from one state to another or

20  between the United States and another country.

21         The third element which the government must prove

22  beyond a reasonable doubt is that the visual depiction was

23  child pornography.

24         Child pornography means any visual depiction the

25  production of which involved the use of a minor engaging in

Government - Rebuttal Summation

1  sexually explicit conduct and which portrays that minor

2  engaging in that conduct.

3          The visual depiction must be of a real person under

4  the age of 18 engaging in sexually explicit conduct.  The

5  government does not have to prove the identity of the minor

6  or the exact age of the minor.  You may consider all of the

7  evidence in determining whether the depiction portrayed an

8  actual person under the age of 18 engaging in sexually

9  explicit conduct.

10          I previously defined the term sexually explicit

11  conduct for you and you should apply that same definition to

12  this count.

13          The fourth element which the government must prove

14  beyond a reasonable doubt is that the defendant knew that the

15  material possessed was child pornography.

16          An act is done knowingly when it's done voluntarily

17  and intentionally and not because of accident, mistake or

18  some other innocent reason.

19          In this case, the term knowingly refers to an

20  awareness of the sexually explicit nature of the material,

21  and to the knowledge that the visual depictions were in fact

22  of actual minors engaged in that sexually explicit conduct.

23          The government must show that the defendant had

24  knowledge of the general nature of the contents of the

25  material.  The defendant need not have specific knowledge as

Government - Rebuttal Summation

1    to the identity or actual age of the underage performer.  The

2    defendant must have knowledge or an awareness that the

3    material contained a visual depiction of a minor engaged in

4    sexually explicit conduct.  Such knowledge may be shown by

5    direct or circumstantial evidence, or both.  Eyewitness

6    testimony of the defendant's viewing of the material is not

7    necessary to prove his awareness of its contents; the

8    circumstances may warrant an inference that the defendant was

9    aware of what the material depicts.  Furthermore, the

10   defendant's belief as to the legality or illegality of the

11   material is irrelevant.

12          After you retire to the jury room, you should first

13   select a foreperson who will preside over your deliberations

14   and speak on your behalf here in Court.  Keep in mind,

15   however, that the foreperson's vote is entitled to no more

16   weight than that of any other juror.  Your verdict on each

17   count in the indictment must be unanimous as to either guilt

18   or innocence.  That means you all have to agree on each

19   count.  Your verdict must also represent the considered

20   judgment of each juror.  Each of you must decide the case for

21   yourselves, but it is your duty as jurors to consult with one

22   another and deliberate with a view toward reaching an

23   agreement if you can do so without violence to individual

24   judgment.

25          There's nothing particularly different in the way a

Government - Rebuttal Summation

1   jury should consider the evidence in a criminal case from

2   that in which all reasonable persons treat any question that

3   depends on evaluation of evidence presented to them.  You're

4   expected to use your good sense, to consider the evidence in

5   the case only for the purposes for which it's been admitted,

6   and to give this evidence a reasonable and fair construction

7   in light of your common knowledge of the natural tendencies

8   and inclinations of human beings.

9           Consider each charge against the defendant

10  carefully.  If, as to the count you are considering, you find

11  that the government has failed to prove to your satisfaction

12  each and every element of the crime charged beyond a

13  reasonable doubt, then you must acquit the defendant on that

14  count.  On the other hand, if, as to the count you are

15  considering, you find that the government has proven to your

16  satisfaction every element of the crime charged, then you

17  must convict the defendant on that count.

18          If you find that the law, as I've explained it to

19  you, has not been violated, you must not hesitate for any

20  reason to return a verdict of not guilty.  On the other hand,

21  if you find that the law has been violated, you must not

22  hesitate because of sympathy or any other reason to render a

23  verdict of guilty.

24          Remember also that the punishment provided by law

25  for the offenses charged in the indictment is a matter

Government - Rebuttal Summation

1    exclusively within the province of the Court and should never

2    be considered by you in any way at arriving at an impartial

3    verdict as to the guilt or innocent of the accused.

4           During your deliberations, do not hesitate to

5    re-examine your views and change your mind.  Remember, you're

6    not partisans.  Your duty is to seek the truth from the

7    evidence presented to you.  If any reference by the Court or

8    by counsel on matters of evidence does not coincide with your

9    recollection, it is your recollection that controls your

10   decision.

11          If, during the course of your deliberations, your

12   recollection of any important part of the testimony should

13   fail, or if you should find yourself in doubt concerning my

14   instructions, you're privileged to return to the courtroom to

15   have the testimony read back to you, or have the instructions

16   explained to you.

17          Should you desire to communicate with the Court

18   during your deliberations, please put your message or

19   question in writing.  The foreperson should sign the note and

20   pass it on to the Marshal who will bring it to my attention.

21   I'll then respond in writing or orally by having you return

22   to the courtroom.  I caution you, however, that in your

23   communications with the Court, you should never state your

24   numerical division over an issue, if any.

25          Verdict forms have been prepared for you.  After

Government - Rebuttal Summation

1   you select a foreperson, you should review them.  Once you've

2   reached a unanimous verdict, your foreperson should fill in

3   the verdict form, date it, and inform the marshal a verdict

4   has been reached.  All right.  I'm going to ask you to step

5   out into the hallway with Colleen for just a minute while I

6   make a record with the attorneys.

7                   (Jury excused).

8                   THE COURT:  Okay.  Requests, objections,

9   exceptions, emendations, deletions, any other criticism?

10  Government?

11                  MR. LOVRIC:  None.

12                  THE COURT:  Defendant?

13                  MR. KILKER:  Yes, your Honor.  Exception to

14  the charge under Count Four which relates to the aiding and

15  abetting.  I don't believe there was any testimony suggesting

16  that the defendant caused or had someone else cause to have

17  the child to be brought up into New York State.  For that

18  reason I would take exception to that.

19                  THE COURT:  Okay.  Exception noted and given.

20                  MR. KILKER:  Thank you.

21                  THE COURT:  All right.  Colleen.

22                  (Jury present).

23                  THE COURT:  Okay.  At this time I'd like to

24  address the alternate jurors.  Your duties as to this trial

25  are finished, and on behalf of everyone here in the

Government - Rebuttal Summation

1   courtroom, I'd like to thank you for the attention you gave

2   to the matters being presented to you.  It was obvious from

3   what I could see and hear about your conduct that you were

4   paying very close attention to the evidence.  And we do

5   appreciate, first of all, your service.  Secondly, that you

6   come down here being ready to step in to the shoes of any

7   juror who couldn't continue during the course of the trial,

8   and we needed you here.  Luckily nobody left us.  It happens

9   a lot of times, you'd be surprised how many times, a juror

10  doesn't finish a trial.  So thanks again for being ready,

11  willing and able to step in the shoes of a juror.

12          Let me tell you now that you're free to leave.

13  And if for some wild unimaginable reason you'd like to serve

14  further on the jury, you can call the 800 number and the

15  clerk will instruct you.  We do have a couple of civil trials

16  coming up at the end of the month that are different from

17  this trial, and who knows, maybe somebody would like to come

18  back again, but then again maybe you wouldn't.  If you

19  wouldn't, you don't have to.  You're all set.  Thank you.

20          (Alternates excused).

21          THE COURT:  All right, ladies and gentlemen.

22  I indicated to you that you're going to have that verdict

23  sheet brought in for you.  You can review it.  It's not

24  difficult; guilty or not guilty as to each count.  And, of

25  course, the clerk will bring the exhibits in for you that

Government - Rebuttal Summation

387

1   have been introduced into evidence, so you can review those

2   if needed.  And since you paid close attention to the charge,

3   I'm going to give you some copies of the charge to have with

4   you.  It's long and repetitive, boring, and we're going to

5   give it to you, so if you want to check back and forth as to

6   the various counts as you're considering them, you'll have

7   them right there.  It's going to take a couple minutes to

8   make these, not too long we hope.  Madam Clerk, you want to

9   do your duty.

10                  THE CLERK:  Yes.  Will the marshal please come

11  forward?

12                  (Marshal was duly sworn).

13                  THE COURT:  One last thing before you depart

14  with Al.  It's now close to 3:30 and some people may so, oh,

15  do we have to stay overnight, are we being sequestered?  No,

16  not in federal court that doesn't happen unless the Court

17  considers there's some very, very special circumstances.  The

18  question that I will have for you, I'll send a letter around

19  ten minutes of five whether you want to go home and resume

20  your deliberations tomorrow or you want to stay and try to

21  decide the case tonight.  That's something within your realm,

22  you can be thinking about that as you do your other duties

23  and deliberations.  You're all set.  You may begin your

24  deliberations.

25                  (Jury excused at 3:30 for deliberations).

1           THE COURT:  Okay.  We have a question from the

2    jury.  The question reads as follows.  Signed by the

3    foreperson, Robert S. Miller, and it's now labeled Court

4    Exhibit 1.  Is Count One only for Exhibit 1, photo 1?  Is

5    Count Two only for Exhibit 2?  What photos are we considering

6    for the visual depiction of Count One and Two?

7           And I guess the answer is it's photo 1 of

8    Exhibit 1 and photo 2 of Exhibit 2.  Each one is being

9    considered on each respective Counts One and Two.  Is that

10   right, Mr. Kilker?

11           MR. KILKER:  Yes, your Honor.

12           THE COURT:  Is that your understanding,

13   Mr. Lovric?

14           MR. LOVRIC:  Yes, Judge.

15           THE COURT:  Bring them back in.

16           (Jury present).

17           THE COURT:  All right, ladies and gentlemen.

18   We have your question signed by your foreperson, Robert

19   Miller, it's labeled Court Exhibit Number 1, and reads as

20   follows: Is count One only for Exhibit 1, photo 1?  Is Count

21   Two only for Exhibit 2, photo 2?  Yes.  Is that okay?  All

22   right.  Now, it's quarter of five.  You guys want to stay

23   around and decide this thing or you want to come back

24   tomorrow, or haven't you decided that yet?  You want me to

25   give you a few minutes to talk about that?

Government - Rebuttal Summation

389

1          THE FOREPERSON:  Give us a few minutes.

2          THE COURT:  We'll send somebody in in about

3  ten minutes with that question for you.

4          (Jury excused).

5          THE COURT:  Well, it appears that the jury has

6  informed us that they would like to come back tomorrow at 9

7  to begin deliberations, but in the meantime they want a

8  read-back, and they informed us they would prepare a document

9  which would indicate to us exactly what they want read back.

10  That was ten minutes ago, and whether they are talking about

11  that or something else, I have no way of knowing, but that's

12  why we're all here, to wait for that note to see what they

13  want us to read back tomorrow morning.  They want to start at

14  9:00 AM, which is perfectly fine.

15          It's Court Exhibit Number 2.  I'll mark it.

16          (Jury present).

17          THE COURT:  Okay.  Court's in session, please

18  be seated.  We have the second note from you folks signed by

19  the foreperson, Mr. Miller, labeled Court Exhibit Number 2,

20  reads as follows:  We would like to hear the complete

21  testimony of Alesha Widdall first thing in the morning.  And

22  it was indicated to me that you'd like to come back at 9

23  tomorrow and start, is that correct?  That's fine, we'll see

24  you at 9.  We'll have the read-back.  I have a 9:30 matter

25  scheduled, but we'll read back, you'll be glad for the break,

1    we'll read from 9 to 9:30 and give you a ten minute break

2    while I do that other procedure, and we'll come back and

3    finish that for you.  You'd like to go home now and return at

4    9:00, that's fine.

5              Let me remind you not to discuss the case

6    among yourselves unless you're all assembled together, each

7    and every one, in the jury room, or with anyone else or not

8    to discuss it with you.  We'll see you tomorrow morning at

9    9:00 and have a good evening.  Court stands adjourned.

10              (Jury excused).

11              (Court stands adjourned ).

12

13              *              *              *

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T I O N


        I, VICKY ANN THELEMAN, RPR, CRR, Official

Court Reporter in and for the United States District

Court, Northern District of New York, DO HEREBY

CERTIFY that I attended the foregoing proceedings,

took stenographic notes of the same, and that the

foregoing is a true and correct transcript thereof.


_____

VICKY ANN THELEMAN, RPR, CRR
Official U.S. Court Reporter


VICKY ANN THELEMAN, RPR, CRR
UNITED STATES DISTRICT COURT